Plaintiff's Name G. Memo Vera

Inmate No. K.73387

Address KVSP.

P.O BOX 5104

Delano Ca.93216

FILED

AUG 07 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G MEMO VERA (Mexican Consulate) 1:22:cv.00893 ADA·CDB
(Name of Plaintiff) (Case Number)

vs.

C. Pfiffer warden
c/o R. Mailing, OTTO, AYON
c/o Picasso c/o Phillips c/o Valle
S.W.T. Leffler c/o R. Luna, L. Garcia
Librarian Tomlimson, S. Villegas
S.W.E. Momen, KB Bowman.
(Names of all Defendants) Calif. State

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☐ **42 U.S.C. 1983 (State Prisoner)**

☐ **<u>Bivens</u> Action [403 U.S. 388 (1971)] (Federal Prisoner)**

DOC 47 served July 26

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner? Yes____ No____

B. If your answer to A is yes, how many? ________

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

RECEIVED

AUG 07 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

1. Parties to this previous lawsuit:

Plaintiff ____________________

Defendants ____________________

____________________

2. Court (if Federal Court, give name of District; if State Court, give name of County)

____________________

3. Docket Number ____________ 4. Assigned Judge ____________

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

____________________

Note the Exibits don't Count for the compagination -

6. Filing Date (approx.) ________________ 7. Disposition Date (approx.) ________________

**II. Exhaustion of Administrative Remedies**

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓ No ______

B. Have you filed an appeal or grievance concerning **<u>ALL</u>** of the facts contained in this complaint?

Yes ✓ No ______

C. Is the process completed?

Yes ✓ If your answer is yes, briefly explain what happened at each level.

Denied Prison Officials Conceal condone the eggregious continous misconduct[s] 207804/SVSP HC21000578 reversed. it is Highly questionable the Psich Board Decision/when the Mail was cenzored. EXIBIT 4. SVSPHC21000435, SVSP HC000512, SVSP HC21000437, SATF HC0001686, KVSP HC23000128/23000098

No ______ If your answer is no, explain why not.

**III. Defendants**

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name C. Pfiffer is employed as Warden

Current Address/Place of Employment 3000 W. Cecil. Delano Ca. 93216

B. Name Picasso, Phillips, Valle is employed as Correctional Officers

Current Address/Place of Employment 31625 Highway 101, Soledad Ca. 93960

C. Name T. Leffler C/O R. Luna is employed as Social Worker, Corr. Officer

Current Address/Place of Employment 31625 Highway 101, Soledad Ca. 93960

D. Name Librarian Tomlimson, S. Villegas is employed as Librarians S.V.S.P

Current Address/Place of Employment 31625 Highway 101, Soledad Ca. 93960

E. Name E. Momen, K.B. Bowman is employed as Social Worker, Psych K.V.S.P

Current Address/Place of Employment 3000. W. Cecil Ave, Delano Ca. 93216

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

__Claim 1__: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

All of the Above

Restatement (third) of Foreign Relations § 702 (1987)

__Supporting Facts__ (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

Plantiff a member of the Clark class is, has soght Relief under the Clark Rem. Plan. especifically, Policy Communication/Interpersonal Skills, use of Resources, Self. direction and or Fuctional Skills due to cognive or adoptive deficits, these applies on a Case by case basis

At that time Pf. had an upcoming Parole Hearing

Pf. was abducted from Corcoran S.P. by Defendants in another Civil Rights Complaint 22:56150 the First Complaint (FC) hereinafter

18 USCS § 1201 Pf. was severily injured to wit multiple broken ribs confined in Ad.Seg. he sought relief through the Mental Health Dept. because Some Def's in the FC. ie Baker, Power, Quiñones, M, Gonzales, T Yoder S Ballesteros, were subjecting Pf. to tortuos conditions, isolation 24/7. in a dimly lit room, with either scarce dripping water and no type of program, activity, service, and or human contact, for close to a year See Exibit 1 28 USC § 1350 (pursuant to CCR § 3333 at that time only the Dept of Mental Health or the Warden could authorize this Torture practice beyond 10 days, Def R. Mailing starved; deprived of Meals for the same time., District Ct has subject matter Jurisdiction under ATCA Racial Discrimination Antisemitism, Jus Cogens violations Sarei v Rio Tinto, PLC 550 F3d 822* 2008 U.S. App. LEXIS 25279.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

ACCESS TO THE COURTS 1st, 14 AMEND.

INTERFERENCE WITH THE ADMINISTRATION OF JUSTICE

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

The Central purpouse of the initial contact with Leffler was to obtain Legal assistance in conformity with the Clark Rem. Plan EXEMPLY GRATIA. LIBRARY THECNICAL ASSISTANTS

Interview identify needs

Provide reasonable access to forms, regulations, procedures

Ensure Im./Pt understand. to the best of their ability to find "the Door of the Court"

Notwithstanding in lieu of the Adm. assist Pf. with his discapacities they engaged. in obstructing his access to the Courts or stiffle his ability to litigate Supplemental Evidentiary Documentation pag 3 line 1-5

Continues at pag — 13

Grviance 108538

Attorney Margot Mendelson from Prison Law Office advise Pf. to seek assistance from the Mental Health to assist with his Develop-mental disabilities, the BPH proceedings, and or the above stated atrocious disparities.

Defendant K.B. Bowman in lieu of assisting Pf. assumed the position of advertising "Mocking" the retaliations by Correctionals Def. futher fabricated. Pf. has a A.A degree College Education and introduced this fraudulent info to the RAP (A.D.A. Reasonable Accommodation Panel) Pf has a 3.3. G.P.L. this info. data has had gross prejudicial impact on Pf. Due process. Adm. Safeguards, Medical, Mental Health, Dental communication and or 1st Amend; (this Fraudulent devise to defraud had the intent to silence him, due to the Kidnapping, retaliations, Torture overt acts

It is unlawfull to use any cruel corporal or unusual punishment or to inflict any treatment or allow any lack of treatment Med. Care which will injure, impair the Health of a person confined. Johnson v Governor of Ca. N.D. Cal. 4:09.cv 0577 05790 S.B. 773 (d)(1)(2)(3)(4)(1)(12)(13)(15).

Plaintiff Developmental Disabilities derived from a T.B.I, traumas Gunshot, Torture, Isolation, Callous Indiference.

In the well defined statutory Guidelines enunciated within the letter written to the Fed. Receiver, it reflects the Clinical pathways, interdisciplinary tools, organization of Care process for well designated group of patients with predictable Clinical.

course, Whence the Case embodied the Due Process Clause Exibit. ..excerpt from SATF. Z20-04108

The Counterfeit evaluation of March 10, 2020 by K.B. Bowman was performed In absentia. Due to Defendant R. Mailing arbitrarily denying services, or such consultation wich incidentally resulted in curtailing ongoing care, significant impact upon P.f. fuctioning, Long term prognosis wich is expected to last permanently. (even up to date See Exibit. 2 E. Momen denial of Meds. and Care)

Plaintiff incurred Due Process infractions, during the BPH Consultation, Olson Review, and or interview thereof by Def's Yoder CCI Jane Doe

Def's Otto and C/o Ayon assaulted and battery P.f. the day of the BPH hearing in order to obstruct the attendance of P.f. C/o s made a 3 inches slash on Pf's forearm. with the restraints P.f. bleed all day, had to stop the bleeding himself. and tape the laceration close with masking tape.

Petitioner raises additional Due Process claim claims relating to denial of access to records, Notice, opportunity to be present and heard. Vera v Gipson 2013 U.S Dist. Lexis 99275.

COMPLAINT FOR DEPRIVATION OF CIVIL RIGHTS INTENTIONALLY ARBITRARY DISCRIMINATION EQUAL PROTECTIONS OF THE 14 AMEND. PROTECTED LIBERTY INTEREST. RIGHT. TO PETITION THE GOVERMENT 42 USC 1983 FRCP 8 38 28 USC 1343 (a)(3)

Def's John Does, C.D.C Doctors have unreasonably deffered to this Clinical Opinion Par Kraufenn in the same means and manner without confering with Plaintiff in a Clinical Setting during his stay at S.A.T.F., thus exsacerbating the Due Process concerns by the context of this case EXIBIT. 6 Motion for Judicial Notice

Clark v Ca. (N.D. Cal. Nov 1, 2020) N.09601480 Rem. Plan §II B. 9b.

The Judge E.M. Chen misconstrued the Claims against %Picasso %Phillips. % Valle, S.W T. Leffler and % R. Luna, Pf. was confined at a Mental Health Facility at S.V.S.P., the C.D.C. has expounded the Clinic. to better dispense, Treatment[s] to patients, everyday M.H staff. stand by in front of the Clinic to attend Im./Pt's needs (You don't need a ducat to approach these staff, Pf. would try to request aid for his ailments and or discapacities from this staff, %Picasso, % Phillips and % Valle would always be Lazyly. sitting down in chairs

They would order MH Staff. not to engage conversation with Pf. by means of Xenophobic Antisemitic remarks, they would summon other Officers to remove Pf. from Clinic grounds, stating I need a Ducat (a Formal appointment inscribed in a Ticket like paper)

Plaintiff filed 7362's Med. request for an Appointment Def's manipulated Staff. not to process 7362's an return them in the mail. wich is a violation of the Plata Remedial Plan EXIBIT 6 M.In J.N.

in that all 7362's shall be filed in the UHR (Unit Health Record) Plata v Schwarzenegger (N.D. Cal. Aug 4 2009) No. 01-1351.

Finally the MH Dept. provided ducats but whenever Pf. presented to the Clinic Def's lied the ducats were cancelled, Police sent Pf. to the former MH. Office, no longer in service, used by other for nothing related to MH. this is "Callous indifference"

This overt actions had the Intention to dissuade Pf. from seeking Treatment, Pf began to appeal these misconducts

Eventually after a few times Pf. secure an appointment with Leffler S.W. and a spanish interpreter R. Luna % Doc 19 pag 2 line there was no ducat expired // Def.'s delayed in obtaining care (refused) pag 3. line 12-21 this are racially motivated conditions, Correctionals did nothing to enforce Appointments. pag 4. line 6-9 Pf. presented a Phisical Injury - Cal. Gov. Cod. 844.6 EXIBIT 7

During the Clinical encounter, the S.V.S.P. Corp previously orquestrated the acting interpreter Def. R. Luna. who would erect his own. Sovereign arguements, to bar the subject matter being conveyed. to the S.W. Leffler; thus foreclosing the simptomatic concerns to her... who stared puzzled, at the ungoing debate Doc. 19. line 10-15 Def R. Luna prejudicial effect. Armstron Rem. Plan E. 1, 2, 3 28 CFR § 35.160 (b) (1)(2),

However Def. Leffler made the following Adversarial staments I have reviewed all outcome data assesments and or, scans performed from the Gun Shots wunds. (the C.D.C. simply flown P.f. to a Hosp. in Reno NV. while in the cubicle, awaiting evaluation and diagnostics via scitific methodologies and additional officers - diligense arrived and order the presiding Dr "just stich him up and we'll take him back to Prison"!!!

P.f. has appealed the Leffler and Momen resolution, the Dir. overturned the former Complaint to the Health Care Services.

However the C.D.C. undermined the Proceeding, deviced a-scheme to defraud, denied Relief Exibit 6 pag 13 line 15-19, 14, 15 19, 20 line 14-17-20 P.f. was committed to State Hospital; it shall be duly noted, that up to date none of the Mental Health Practi--tioners. (including Momen who has engaged in Counterfeiting Health Records through the Co's Body worn Camera) has performed the statutory, guidelined, assesment and or evaluations estipulated in the Clark Rem. Plan. i.e. TONY 2nd. 1 phase 1 b), 2 phase II 3. phase III, GAMA, WAIS D, WAIS III. a) adaptive) deficit/Communi--tion Skills 4) Socialization Skills 5) Self advocacy use of resources 8) Self direction. DKT. 19. line 14-24 Leffler Deliverate Indifference

The HC appeal from the Hospitalization has been adamantly denied S.V.S.P initially refused treatment, for a small bump they claimed a Cyst wich has grown to a large occipal mass/tumor affecting sight, hearing and overall cognitive deficits

Sanchez v. Calif. No. 19-7077.
Morani v Gonzalez 451 Fed 292

The Mexican Consulate has In Personam jurisdiction pursuant F.R.C.P. 24, 28 USCS § 1330 (b), 28 U.S.C.S. 1607 (b), 28 USCS § 1603 (b) 8 U.S.C.S. § 1103 in that the Political Question Doctrine recognizes Art. III responsibility jurisdiction case controversy suffices the case presents the Political question to the extent it is lawfull for the U.S to (allegedly) Collaborate with the Goverment of Mexico for the violation[s] of:

THE VIENNA CONVENTION OF CONSULAR AFFAIRS... See EXIBIT 4

Bowoto v. Chevron Corp. 557 F. Supp. 2d 1080
Hassen v Sheikh Khalifa Bin Zayed Al Nahyan 2010 U.S. Dist. LEXIS 144819.

Based upon the General jurisdiction and or especific jurisdiction predicated the Case law is clearly distinguishable from this case Pf.: Memo Vera is not an attorney is a Patient; the Court is going to have to appoint an independent Expert, and incidentally an attorney

Whether the question of a person apart (A. Vera) is a proper party. to maintain the action by her own force, raise a separate * issue of power, of power of Attorney related to proper judicial.

intervention in areas committed within the Fed. Goverment Branches Thus in terms of Art III limitations on Fed. Jurisdiction, the question of "Standing" is relevant to whether the dispute sought to be adju-dicated will be in the Liberty protected interest of this party per:

WELFARE AND INST. CODE 5266, 5300
Code Divition 4, 5 Chapter 1, 2
BILL OF RIGHTS 4502, 4506, LANTERMAN
ACT Welf & Inst. Code 4846, 4501, 4502
18. USCS § 1961, 18 USCS. § 4241
Washington v. Harper 494 U.S. 210 (1990)

The Acts of Def's individually and in Concert were malicious intentionally designed to deprive Relief, intentionally discriminatory Plaintiff resorted to the Warden, Agencies, Assembly, Senate, Kern Co. Sup. Ct., Agent Marsh* took photographs of Pf. However neither took mesures against the Heinous, arbitrary discrimination against Pf. who is a class of one based on an individual status that erects barriers within the reflections of Equal Potrections Law presented by a position diametrically opposed to evenhandedly punishment for similarly situated on the same terms locally applicable to encarcerated persons in calif. 42 USCS § 1985, 18 USC.S § 1968 EXIBIT 5

Castillo v. Colvin 2010 U.S. Dist. Lexis 137180
In re San Vicente Medical Partners Ltd. 865 F.2d 1128

*INTERNAL AFFAIRS

LEGAL ANALISIS MEMO

Whe it provide no reasonable explanation inexplicably departs from stablished policies is devoid of reasoning, conclusory staments in arbitrary capricious manners
Novani v. Gonzalez 451 F.3d 292

Welfare by meeting the basic demand of sub-sistance, guards against the societal malaise that may flow unjustified Frustration or in-security, Public assistance the not a mere charity but means secure the Blessings of Liberty to ourselves and our Posterity" (citation omitted) Health Care is implicitly guaranteed by the 9th Amend. of the U.S.C. because is not set forth in the Const. ra-ther tha enunciating a particular affirmative right the 9th Amend serves to protect fund-amental not setforth in the U.S. Constitution Sanchez v California No. 19-7077 Supra.

In the 8th Amend. Medical needs are mesu-red against the standards of "Deliberate-Indifference" to serious needs, thereby amounts to punishment in violation of Due Process Fisher v. Winter 564 F. Supp 281 Haas v. Quest Recovery Servs. 549 U.S. 1163

CONTINUATION of pag 4

Defendant Tomlimson (for decades) has maintained a practice or procedure, that if you have Documentation against, Correctionals or the Inst she deny copies, futher foreclose access to the Law Library S.E.D. pag 3 line 8-23. pag 10, 18 of 44. Griviances 151060, 208538

There was a D.D.P. LTA, helping Im's at the Library becase LTA Ayon refuse to comply with the customs enforced by Tomlimson The compelled her to quit SED pag 4. line 13-21 (of 44)

And brought the untrained Librarian Villegas SED pag 5 of 44 line 1-14 who actively barred Pf access to the Cts. CCR § 3160 retiliate filing frivolous RVR'S (Rules Violations Reports) SED pag 2 of 44 line 24-26. ("refuted by his own writings") Shutted off the A.D.A. Computer, denied it's use Pag 2 of 44 line 1-10 and 22-28 Computer Training Griviance 126677.

Librarian denied Official Judicial Council Forms SED pag 2 of 44 line 10-15 pag. 23 → 30, Denied Copies to effectuate service upon parties page 15, 16 of 44. Case 21HC000090 Denied Legal Resources. See Affidavitt of Mack West pag 4 of 44. line 22-28

Staff read Docs. SED. pag 4 of 44. line 1-2. (exclude Exibits from Doc's, line 1-7; Tomlinson orquestrated these manouvres line 8 14

Villegas posted a Signs of the walls that he would not copy any hand written motion only the printed forms they provide; Judicial Notice Griviance 207804: he refused to copy the Petition for Rehearing Case 20.8336 he summoned C/o L. Garcia. who viewed

the documents returned Pf. to Housing Unit, for requesting copies to advance his litigation Pf incurred on Injury the fact they also they also retained Adm. Documents beyond, the time constraints and %Doe Garcia; issued an RVR. for requesting the documents as retaliation.

Boddie v Connecticut 401 US. 371

Thomson v Avery 393 US 483

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Adjudge decree and Declaratory Rights other Relief in relation to to the Subject matters in controversy, preliminary and permanent injuc-tion against retaliation Compensatory and punitive damages jointly and severaly in the amount of 3.000.000.00, Jury trial Cost of the Suit, Cousel-Such other relief that may be deem just, proper that such declaration shall have the force and effect to all provitions,

**I declare under penalty of perjury that the foregoing is true and correct.**

**Date:** Augt. 1, 2023 **Signature of Plaintiff:** [signature]

(Revised 4/4/14)

# EXHIBIT COVER PAGE 1

EXHIBIT

Description of this Exhibit: Medical Transfer record

Number of pages in this Exhibit: 2 pages.

'ERA, WILLIAM has been given the following list of follow-up instructions, prescriptions, and patient education ıaterials:

**ollow-up Appointments**

**Follow Up LVN 10**
02/18/20 13:30:00 PST, Care Management, 14 days, 02/27/20 23:59:00 PST, Walker expired 1/31/20 flagging. Pls. u pdate cerne/7536. PCP need to evaluate IP

**Follow Up LVN 10**
02/18/20 8:30:00 PST, Care Management, 7 days, 02/18/20 23:59:00 PST, Please administer Boostrix and Engerix B 3rd dose on 02/18/20.

**Interfacility Transfer Medical Eval 60 (High Risk/Complex Care) PCP (w/in 7 days)**
02/18/20 12:30:00 PST, 02/18/20 23:59:00 PST, high 1/complex care/polypharmacy
CC-chronic pain, paraplegia, HTN, dyslipidemia, IHD, HCV
need to reevaluate walker use (order exp 1/31/20 at COR)

**Medical Chronic Care (CCP) Follow Up 40**
02/18/20 13:10:00 PST, 90 Days, 03/16/20 23:59:00 PDT, CCP F/U Multiple condition

**Chronos**

**128-C Dental Refusal**
11/05/18 13:45:00 PST, Refused dental X ray and exam. This is an informational chrono and is not to be used for dis ciplinary purposes.

**128-C Dental Refusal**
12/12/18 14:28:00 PST, Refused to report for a scheduled priority dental appointment OR refused dental treatment. T his is an informational chrono and is not to be used for disciplinary purposes.

**DPC** 11/05/18 13:49:37 PST, DPC 3

**DPC** 12/12/18 14:48:31 PST, DPC 3

**DPC** 12/20/18 14:18:28 PST, DPC 3

**DPC** 12/26/18 14:18:01 PST, DPC 3

**DPC** 07/03/19 13:42:20 PDT, DPC 3

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE

CDCR 22 (10/09)

EXHIBIT [illegible]

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| [illegible] | | | [illegible] |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: [illegible]

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: ____ DATE MAILED: __/__/__

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| C [illegible] | 4-15-20 | [signature] | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| Sgt. Moffet | 17 April 2020 | IN PERSON (circled) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

Kern Valley State Prison

Name: WILLIAM VERA
DOB: 11/25/1965
Exam Name: XR CHEST 2 VWS | 71020
Age: 54Y 8M
Primary Care Provider: V. Manhas, PA
Ordering Provider: A. Zepp, MD

Patient ID: 11126695
Secondary ID: K73387

Exam Date: 2/20/2020 10:55 AM

CLINICAL INDICATION: chest/Rib pain
COMPARISON: None
TECHNIQUE: Frontal and lateral chest radiographs

FINDINGS: Limited lateral view. Low volume chest with hypoaeration changes. Increased interstitial markings. Subtle lung base opacities, possibly atelectasis in this setting. Mildly enlarged cardiac silhouette and superior mediastinum, partly technique related.

No significant osseous abnormality.

IMPRESSION: Limited low volume chest. Hypoaeration changes and lung base opacities, possibly atelectasis. Mildly enlarged cardiomediastinal silhouette.

Note: If there is clinical concern for rib injury, dedicated rib radiographs may be helpful.

Electronically Signed by: MLaufik, MD

Date Signed: 2/20/2020 11:42 AM

**Report Electronically Signed by:** MARTIN LAUFIK, MD
**Report Electronically Signed on:** 2/20/2020 11:42 AM

18-112

# EXHIBIT COVER PAGE 2

EXHIBIT

Description of this Exhibit:

Number of pages in this Exhibit: 1 pages.

 CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

KVSP - Kern Valley State Prison
3000 West Cecil Avenue
Delano, CA 93216-

Patient: VERA, WILLIAM
DOB/Age/Sex: 3/23/1964 58 years Male CDCR #: K73387
Encounter Date: 5/11/2022 PID #: 11126695
Attending: Manhas,Vishal PA Referring:

## Mental Health - Nursing

No data exists for this section

## Mental Health Documentation

| | |
|---|---|
| Document Type: | MHPC Consult Routine Progress Note |
| Document Subject: | Free Text Note |
| Service Date/Time: | 12/28/2022 11:27 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Momen,M.Elizabeth Licensed Clinical Social Worker (12/28/2022 13:51 PST) |
| Sign Information: | Momen,M.Elizabeth Licensed Clinical Social Worker (12/28/2022 13:51 PST) |
| Authentication Information: | Momen,M.Elizabeth Licensed Clinical Social Worker (12/28/2022 13:51 PST) |

Pt. submitted a 7362 for MH contact re: sleep medication he received from medical. Pt. came to office door and observed this writer at which time pt. stated, "I put a slip in to talk to the doctor in medical about my sleep medication. Pt. indicated that he had been prescribed sleep medication from his doctor in the past due to chronic pain from his skin condition. This writer did not appear to be i n distress. He agreed to submit a 7362 for medical for a medication consult. This writer attempted to offer psycho education re: sleep hygiene, but pt. was not interested. He stated, "That's OK. I just want to talk to the doctor." Mood was irritable/congruent affect. No other issues or concerns reported or observed.

**Encounter Info:** Patient Name: WILLIAM VERA,DOB: 03/23/1964,CDCR: K73387,FIN: 10000003111126695K73387,Facility: KVSP,Encounter Type: Institutional Encounter

Electronically Signed on 12/28/2022 01:51 PM PST

Momen, M. Elizabeth Licensed Clinical Social Worke, Licensed C

| | |
|---|---|
| Document Type: | MHPC Consult Routine Progress Note |
| Document Subject: | Free Text Note |
| Service Date/Time: | 12/7/2022 10:58 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Momen,M.Elizabeth Licensed Clinical Social Worker (12/7/2022 14:41 PST) |
| Sign Information: | Momen,M.Elizabeth Licensed Clinical Social Worker (12/7/2022 14:41 PST) |
| Authentication Information: | Momen,M.Elizabeth Licensed Clinical Social Worker (12/7/2022 14:41 PST) |

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

# EXHIBIT COVER PAGE ___ ___

EXHIBIT

Description of this Exhibit:

Number of pages in this Exhibit: ___1___ pages.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

SVSP - Salinas Valley State Prison
31625 Highway 101
Soledad, CA 93960-

| | | | | |
|---|---|---|---|---|
| Patient: | VERA, WILLIAM | | | |
| DOB/Age/Sex: | 3/23/1964 57 years | Male | CDCR #: | K73387 |
| Encounter Date: | 2/26/2021 | | PID #: | 11126695 |
| Attending: | Gamboa,Lawrence P&S | | Referring: | |

## Mental Health - Nursing

No data exists for this section

## Mental Health Documentation

| | |
|---|---|
| Document Type: | Developmental Disability Progress Note |
| Document Subject: | consult request |
| Service Date/Time: | 4/14/2021 11:23 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Leffler,Tami Social Worker (4/14/2021 11:34 PDT) |
| Sign Information: | Leffler,Tami Social Worker (4/14/2021 11:34 PDT) |
| Authentication Information: | Leffler,Tami Social Worker (4/14/2021 11:34 PDT) |

IP seen with certified Spanish translator DDP C/O Luna. IP requested items large print texts and reading book. The patient is fluent in Spanish and he reports that he cannot read or write English. IP reports that he has memory issues when reading yet was able to recall a head injury incident and detailed description of the event of his time in the hospital. IP reported his injuries gave him cognitive delays. IP presented fluent and elegant in his Spanish speaking; was correcting the officer when translating to English. The IP was able to understand this clinician (spoken in English) because he responded before the Spanish interpretation was done. IP presented in pristine clothing, very well groomed, manicured nails, and his wheelchair was perfectly clean. There were no delays in speech, no lost of thought or distraction, could follow a linear line of thinking. Often used dramatic descriptions to enhance his details when describing prior prison environments. " I was in a dark room with no water or food and had no human contact when I was there".(spoken in Spanish) The IP primary considerations were that he has assistance with reading and writing. Further documentation to follow after consult with building staff and records. IP informed that consults and reviews will be done to consider if he merits a DDP evaluation he will be reappointed if evidence to indicate his requiring a new evaluation.

**Encounter Info:** Patient Name: WILLIAM VERA,DOB: 03/23/1964,CDCR: K73387,FIN: 10000001511126695K73387,Facility: SVSP,Encounter Type: Institutional Encounter

Electronically Signed on 04/14/2021 11:34 AM PDT

Leffler, Tami Social Worker, Social Wor

| | |
|---|---|
| Document Type: | Developmental Disability Progress Note |
| Document Subject: | Free Text Note |
| Service Date/Time: | 4/6/2021 13:36 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Leffler,Tami Social Worker (4/6/2021 13:45 PDT) |
| Sign Information: | Leffler,Tami Social Worker (4/6/2021 13:45 PDT) |
| Authentication Information: | Leffler,Tami Social Worker (4/6/2021 13:45 PDT) |

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

# EXHIBIT COVER PAGE 4

EXHIBIT

Description of this Exhibit:

Number of pages in this Exhibit: 2 pages.

(b) furthering the development of commercial, economic, cultural and scientific relations between the sending State and the receiving State and otherwise promoting friendly relations between them in accordance with the provisions of the present Convention;

(c) ascertaining by all lawful means conditions and developments in the commercial, economic, cultural and scientific life of the receiving State, reporting thereon to the Government of the sending State and giving information to persons interested;

(d) issuing passports and travel documents to nationals of the sending State, and visas or appropriate documents to persons wishing to travel to the sending State;

(e) helping and assisting nationals, both individuals and bodies corporate, of the sending State;

(f) acting as notary and civil registrar and in capacities of a similar kind, and performing certain functions of an administrative nature, provided that there is nothing contrary thereto in the laws and regulations of the receiving State;

(g) safeguarding the interests of nationals, both individuals and bodies corporate, of the sending State in cases of succession mortis causa in the territory of the receiving State, in accordance with the laws and regulations of the receiving State;

(h) safeguarding, within the limits imposed by the laws and regulations of the receiving State, the interests of minors and other persons lacking full capacity who are nationals of the sending State, particularly where any guardianship or trusteeship is required with

24-42

# EXHIBIT

19-79

71-126

respect to such persons;

(i) subject to the practices and procedures obtaining in the receiving State, representing or arranging appropriate representation for nationals of the sending State before the tribunals and other authorities of the receiving State, for the purpose of obtaining, in accordance with the laws and regulations of the receiving State, provisional measures for the preservation of the rights and interests of these nationals, where, because of absence or any other reason, such nationals are unable at the proper time to assume the defence of their rights and interests;

(j) transmitting judicial and extrajudicial documents or executing letters rogatory or commissions to take evidence for the courts of the sending State in accordance with international agreements in force or, in the absence of such international agreements, in any other manner compatible with the laws and regulations of the receiving State;

(k) exercising rights of supervision and inspection provided for in the laws and regulations of the sending State in respect of vessels having the nationality of the sending State, and of aircraft registered in that State, and in respect of their crews;

(l) extending assistance to vessels and aircraft mentioned in sub-paragraph (k) of this Article and to their crews, taking statements regarding the voyage of a vessel, examining and stamping the ship's papers, and, without prejudice to the powers of the authorities of the receiving State, conducting investigations into



SRE
SECRETARÍA DE RELACIONES EXTERIORES

Consulado de México en Fresno, California
Departamento de Protección
Asunto: CONFIDENCIAL

Fresno, CA a 7 de junio de 2019
Número: FRE01901.19

Sr. William Vera
Reg. Núm. K73387
Kern Valley State Prison
ASU-2-150
P.O. Box 5106
Delano, CA 93216

En atención a sus cartas recibidas recientemente, hago de su conocimiento que hemos recibido la documentación, para dar continuidad a su solicitud, anexo envío a usted el formato de autorización CDCR 7385, a fin de que las autoridades de la prisión en la que se encuentra recluido puedan proporcionarnos la información contenida en su expediente médico. Usted deberá regresar la autorización firmada a la dirección que aparece al pie de esta página a la brevedad posible.

En relación al programa de consultas legales, le informo que para poder obtener la orientación legal por parte de un abogado, es necesario obtener la copia de la identificación que le proporciona la Institución en la que se encuentra recluido, esto con el fin de comprobar su identidad y la copia de su acta de nacimiento.

Solo será posible enviar la consulta hasta que reúna todos los requisitos, por lo cual le agradeceré remitir los documentos a la brevedad posible.

En caso de tener cualquier duda, favor de comunicarse vía telefónica por cobrar al Departamento de Protección de este Consulado, al número telefónico (559) 233-3065 ext. 119.

Atentamente,

Oscar Sánchez
Cónsul de Protección

OSD/jivh

16-479

18-123

# EXHIBIT COVER PAGE 5

EXHIBIT

Description of this Exhibit:

Number of pages in this Exhibit: 4 pages.

| | | | |
|---|---|---|---|
| 3/9/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 3/9/2020 | K-73387 | Vera | M K Mendelson, aty; Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 3/12/2020 | K-73387 | Vera | Supreme Ct of CA, 350 McAllister St #1295, San Francisco, CA 94102 |
| 3/16/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |
| 3/16/2020 | K-73387 | Vera | T C Calienes, aty; 9431 Haven Ave; Rancho Cucamonga, CA 91730 |
| 3/17/2020 | K-73387 | Vera | US DOJ, Special Litigation Section; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 3/17/2020 | K-73387 | Vera | CDCR Inmate Appeals Branch; PO Box 942883; Sacramento, CA 94283 |
| 3/17/2020 | K-73387 | Vera | Ct of Appeal, 5th Dist; 2424 Ventura St; Fresno, CA 93721 |
| 3/19/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/19/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 3/19/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/19/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/20/2020 | K-73387 | Vera | Post Conviction Justice Project; 699 Exposition Bl; Los Angeles, CA 90089 |
| 3/20/2020 | K-73387 | Vera | Restore Justice, aty; 1370 N St Andrews Pl; Los Angeles, CA 90028 |
| 3/20/2020 | K-73387 | Vera | Loyola Law, Project For The Innocent; 919 Albany St; Los Angeles, CA 90015 |
| 3/20/2020 | K-73387 | Vera | CA Department of Justice; PO Box 944275; Sacramento, CA 94244 |
| 3/20/2020 | K-73387 | Vera | Ofc of Administraive Law; 300 Capitol Mall #1250; Sacramento, CA 95814 |
| 3/20/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 3/20/2020 | K-73387 | Vera | M W Bien, aty; Rosen Bien LLP; PO Box 390; San Francisco, CA 94104 |
| 3/20/2020 | K-73387 | Vera | Medical Board of CA; 2005 Evergreen St #1200; Sacramento, CA 95815 |
| 3/20/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/20/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/20/2020 | K-73387 | Vera | Uncommon Law, atys; 220 4th St #103, Oakland, CA 94607 |
| 3/24/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |
| 3/24/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/24/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 3/26/2020 | K-73387 | Vera | KVSP HC Appeals; Delano, CA 93216 |
| 3/26/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 3/26/2020 | K-73387 | Vera | Legal Services for Prisoners w/Children, atys; 4400 Market St; Oakland, CA 94608 |
| 3/26/2020 | K-73387 | Vera | R Y Anabtawi, aty; Prison Law Office; General Delivery; San Quentin, CA 9496 |
| 3/26/2020 | K-73387 | Vera | Legal Services for Prisoners w/Children, atys; 4400 Market St; Oakland, CA 94608 |
| 3/26/2020 | K-73387 | Vera | Embassy of Mexico; 1911 Pennsylvania Ave NW; Washington, CA 20006 |
| 3/26/2020 | K-73387 | Vera | Consulate of Mexico; 7435 N Ingram Ave; Fresno, CA 93711 |
| 3/30/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |
| 4/1/2020 | K-73387 | Vera | Community Legal Information Center; 25 Main St #102; Chico, CA 95929 |
| 4/6/2020 | K-73387 | Vera | COR Appeals; PO Box 8800; Corcoran, CA 93212 |
| 4/6/2020 | K-73387 | Vera | COR Appeals; PO Box 8800; Corcoran, CA 93212 |
| 4/6/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 4/6/2020 | K-73387 | Vera | J C Kelso, Federal Receiver; CCHCS; PO Box 588500; Elk Grove, CA 95758 |
| 4/8/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/8/2020 | K-73387 | Vera | USDC, Central Dist; 411 W 4th St #1-053; Santa Ana, CA 92701 |
| 4/8/2020 | K-73387 | Vera | Disability Rights California; 1530 Broadway #300; Oakland, CA 94703 |
| 4/9/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 4/10/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 4/10/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; 125 S Grand Ave; Pasadena, CA 91105 |
| 4/13/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/13/2020 | K-73387 | Vera | M K Mendelson, aty; Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 4/15/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 4/16/2020 | K-73387 | Vera | KVSP HC Appeals; Delano, CA 93216 |
| 4/16/2020 | K-73387 | Vera | KVSP HC Appeals; Delano, CA 93216 |
| 4/16/2020 | K-73387 | Vera | KVSP HC Appeals; Delano, CA 93216 |
| 4/16/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/16/2020 | K-73387 | Vera | CA Board of Psychology; 1625 N Market Bl #215; Sacramento, CA 95834 |
| 4/20/2020 | K-73387 | Vera | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 4/21/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/21/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 4/21/2020 | K-73387 | Vera | Kern Co Grand Jury; 1415 Truxtun Ave #600; Bakersfield, CA 93301 |

| | | | |
|---|---|---|---|
| 4/21/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 4/21/2020 | K-73387 | Vera | Medical Board of CA; 2005 Evergreen St #1200; Sacramento, CA 95815 |
| 4/22/2020 | K-73387 | Vera | Tulare Co Superior Court; 221 S Mooney Bl; Visalia, CA 93291 |
| 4/24/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 4/27/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/27/2020 | K-73387 | Vera | C Strickman, aty; 4400 Market St; Oakland, CA 94608 |
| 4/27/2020 | K-73387 | Vera | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 4/28/2020 | K-73387 | Vera | SATF IAO; PO Box 7100; Corcoran, CA 93212 |
| 4/28/2020 | K-73387 | Vera | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 4/28/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 4/28/2020 | K-73387 | Vera | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 4/28/2020 | K-73387 | Vera | M W Bien, aty; Rosen Bien LLP; PO Box 390; San Francisco, CA 94104 |
| 4/29/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 5/4/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/4/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/4/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/4/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 5/4/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 5/5/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/6/2020 | K-73387 | Vera | United Nations Secretary; 405 E 42nd St; New York, NY 10017 |
| 5/6/2020 | K-73387 | Vera | CA State Assembly; State Capitol; PO Box 942849; Sacramento, CA 94249 |
| 5/11/2020 | K-73387 | Vera | CA State Senate; State Capitol; Sacramento, CA 95814 |
| 5/11/2020 | K-73387 | Vera | National Lawyers Guild; 132 Nassau St; New York, NY 10038 |
| 5/11/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 5/11/2020 | K-73387 | Vera | Medical Board of CA; 2005 Evergreen St #1200; Sacramento, CA 95815 |
| 5/12/2020 | K-73387 | Vera | R M Diaz, CDCR Secretary; 1515 S St; Sacramento, CA 95811 |
| 5/14/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/14/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/19/2020 | K-73387 | Vera | Board of Vocational Nursing & Psychiactric Techniciansd; 2535 Capitol Oaks Dr #205; Sac, CA 95833 |
| 5/19/2020 | K-73387 | Vera | Tulare Co Superior Court; 221 S Mooney Bl; Visalia, CA 93291 |
| 5/19/2020 | K-73387 | Vera | Ofc of Inspector General; 10111 Old Placerville Rd #110; Sacramento, CA 95827 |
| 5/20/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/20/2020 | K-73387 | Vera | St Asbm L S Gonzalez-Fletcher, Chair; CA Latino Legislative Caucus; 1020 N St #511; Sac, CA 95814 |
| 5/20/2020 | K-73387 | Vera | Kern Co Grand Jury; 1415 Truxtun Ave #600; Bakersfield, CA 93301 |
| 5/22/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 5/27/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/27/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/27/2020 | K-73387 | Vera | T B Nolan, aty; Rosen Bien LLP; PO Box 390; San Francisco, CA 94104 |
| 5/27/2020 | K-73387 | Vera | Legal Services for Prisoners w/Children, atys; 4400 Market St; Oakland, CA 94608 |
| 5/28/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/28/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 6/1/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 6/1/2020 | K-73387 | Vera | Pennsylvania Institutional Law Project; 718 Arch St #304-S; Philadelphia, PA 19106 |
| 6/2/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 6/2/2020 | K-73387 | Vera | CDCR Ombudsman; 1515 S St; Sacramento, CA 95811 |
| 6/3/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/3/2020 | K-73387 | Vera | KVSP Warden; Delano, CA 93216 |
| 6/3/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 6/3/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/3/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 6/3/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 6/5/2020 | K-73387 | Vera | S J Fama, aty; General Delivery; San Quentin, CA 94964 |
| 6/5/2020 | K-73387 | Vera | Kern Co Patients Rights Advocate; PO Box 1000; Bakersfield, CA 93302 |
| 6/8/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 6/8/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/8/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 6/8/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |

| | | | |
|---|---|---|---|
| 6/8/2020 | K-73387 | Vera | K Wattley, aty; 220 4th St #103; Oakland, CA 94607 |
| 6/10/2020 | K-73387 | Vera | KVSP HC CEO; Delano, CA 93216 |
| 6/10/2020 | K-73387 | Vera | SATF IAO; PO Box 7100; Corcoran, CA 93212 |
| 6/10/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 6/10/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 6/10/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/10/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/17/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/17/2020 | K-73387 | Vera | Ofc of Inspector General; 10111 Old Placerville Rd #110; Sacramento, CA 95827 |
| 6/18/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 6/18/2020 | K-73387 | Vera | HC Grievance Branch; PO Box 588500; Elk Grove, CA 95758 |
| 6/23/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/23/2020 | K-73387 | Vera | US DOJ, federal Bureau of Investigation; 4500 Orange Grove Ave; Sacramento, CA 95841 (old address) |
| 6/23/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 6/24/2020 | K-73387 | Vera | CA Board of Psychology; 1625 N Market Blvd #N-215; Sacramento, CA 95834 |
| 6/24/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 6/25/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/25/2020 | K-73387 | Vera | Community Legal Information Center; 25 Main St #102; Chico, CA 95929 |
| 6/25/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 6/25/2020 | K-73387 | Vera | CA Board of Vocational Nursing; 2535 Capitol Oaks Dr #205; Sacramento, CA 95833 |
| 6/25/2020 | K-73387 | Vera | Tulane University School of Law; 6329 Freret St; New Orleans, LA 70118 |
| 6/26/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/29/2020 | K-73387 | Vera | US Court of Appeals for the Ninth Circuit, POB 193939, San Francisco, CA 94119 |
| 6/29/2020 | K-73387 | Vera | Office of the Warden, POB 5102, Delano, CA 93216 |
| 6/30/2020 | K-73387 | Vera | Board of Vocational Training, 2535 Capitol Oaks Dr, SAC, CA 95833 |
| 6/30/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 7/2/2020 | K-73387 | Vera | USC of Appeals, POB 193939, San Francisco, CA 94119 |
| 7/10/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 7/10/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 7/10/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/13/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 7/13/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/13/2020 | K-73387 | Vera | Tulare Co Superior Court; 221 S Mooney Blvd; Visalia, CA 93291 |
| 7/13/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 7/13/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 7/14/2020 | K-73387 | Vera | Legal Services for Prisoners w/Children, atys; 4400 Market St; Oakland, CA 94608 |
| 7/14/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 7/14/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 7/14/2020 | K-73387 | Vera | Rosen Bien Galvan & Grunfeld LLP, atys; PO Box 390; San Francisco, CA 94104 |
| 7/14/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 7/17/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 7/17/2020 | K-73387 | Vera | S Jacobs, CDCR Ombudsman; PO Box 942883; Sacramento, CA 94283 |
| 7/17/2020 | K-73387 | Vera | US DOJ, Civil Rights Division; 2001 Freedom Way; Roseville, CA 95678 |
| 7/22/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/22/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/22/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/22/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/22/2020 | K-73387 | Vera | 9th Circuit US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 7/22/2020 | K-73387 | Vera | M L Denkers-Baca, aty; Loyola Law PFTI; 919 Albany St; Los Angeles, CA 90015 |
| 7/22/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 7/23/2020 | K-73387 | Vera | US DOJ, Civil Rights Division; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 7/27/2020 | K-73387 | Vera | ACLU National Prison Project; 915 15th St NW 7th Fl; Washington, DC 20005 |
| 7/27/2020 | K-73387 | Vera | Justice Now, atys; 1322 Webster St #210; Oakland, CA 94612 |
| 7/29/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/30/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/3/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/3/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |

| | | | |
|---|---|---|---|
| 8/3/2020 | K-73387 | Vera | 9th Circuit US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 8/3/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 8/6/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/7/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 8/10/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 8/10/2020 | K-73387 | Vera | Osteo Medical Board of CA; 1300 National Dr #150; Sacramento, CA 95834 |
| 8/10/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 8/14/2020 | K-73387 | Vera | S Zwick, aty; 25909 Pala #340; Mission Viejo, CA 92691 |
| 8/14/2020 | K-73387 | Vera | C Carbone, aty; PO Box 2809; San Francisco, CA 94126 |
| 8/14/2020 | K-73387 | Vera | M Bárcena, Ambassador; Embassy of Mexico; 1911 Pennsylvania Ave NW; Washington, DC 20006 |
| 8/17/2020 | K-73387 | Vera | R K Himes, aty; LSPC; 4400 Market St; Oakland, CA 94608 |
| 8/17/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 8/20/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 8/21/2020 | K-73387 | Vera | T C Calienes, aty; 9431 Haven Ave; Rancho Cucamonga, CA 91730 |
| 8/21/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 8/27/2020 | K-73387 | Vera | National Lawyers Guild, Prison Law Project; 132 Nassau St #922; New York, NY 10038 |
| 8/28/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 8/28/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/28/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/28/2020 | K-73387 | Vera | S J Fama, aty; Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 8/28/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 9/3/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 9/3/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 9/3/2020 | K-73387 | Vera | Consulate of Mexico; 7435 N Ingram Ave; Fresno, CA 93711 |
| 9/8/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/9/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 9/9/2020 | K-73387 | Vera | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA 94102 |
| 9/9/2020 | K-73387 | Vera | Federal Pro Se Clinic, USDC Central Dist; 312 N Spring St; Los Angeles, CA 90012 |
| 9/14/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/15/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 9/18/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/18/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/18/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 9/18/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 9/18/2020 | K-73387 | Vera | Health Care Grievance Review HQ; PO Box 588500; Elk Grove, CA 95758 |
| 9/18/2020 | K-73387 | Vera | Health Care Grievance Review HQ; PO Box 588500; Elk Grove, CA 95758 |
| 9/18/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 9/18/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 9/18/2020 | K-73387 | Vera | CDCR Office of Internal Affairs; PO Box 3009; Sacramento, CA 95812 |
| 9/18/2020 | K-73387 | Vera | Director or Corrections & Rehabilitation; PO Box 942883; Sacramento, CA 94283 |
| 9/21/2020 | K-73387 | Vera | KVSP HC CEO; Delano, CA 93215 |
| 9/24/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 9/28/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/28/2020 | K-73387 | Vera | Supreme Court of the United States; 1 First St NE; Washington, DC 20543 |
| 9/28/2020 | K-73387 | Vera | R M Diaz, CDCR Secretary; PO Box 942883; Sacramento, CA 94283 |
| 9/28/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |
| 9/28/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 10/2/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 10/2/2020 | K-73387 | Vera | Health Care Grievance Branch; PO Box 588500; Elk Grove, CA 95758 |
| 10/2/2020 | K-73387 | Vera | CA Appellate Project; 520 S Grand Ave 4th Fl; Los Angeles, CA 90071 |
| 10/2/2020 | K-73387 | Vera | P D Booth, aty; Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 10/2/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 10/2/2020 | K-73387 | Vera | HC Grievance Office; PO Box 588500; Elk Grove, CA 95757 |
| 10/5/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 10/5/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 10/12/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 10/12/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |

M.M.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

G. Memo Vera.
Plaintiff/Petitioner

v. **Case Number:**

C. Pfiffer
Defendant/Respondent(s)

**PROOF OF SERVICE**

______________________________/

**I hereby certify that on** August 1, 2023 **, I served a copy**

**of the attached** AMENDED COMPLAINT. **,**

**by placing a copy in a postage paid envelope addressed to the person(s) hereinafter**

**listed, by depositing said envelope in the United States Mail at**

Delano Ca. **:**

***(List Name and Address of each Defendant or Attorney Served)***

**I declare under penalty of perjury that the foregoing is true and correct.**

______________________________
**(Signature of Person Completing Service)**

NAME: Nenlo Vera
CDC OR ID NUMBER: K79787
ADDRESS: KVSP
PO Box 5104
Delano Ca 93216

2 Aug. 2023

TO THE COURT CLERK:

RE: 1:22 cv 00893 ADA CDB

ENCLOSED IS 1 ORIGINAL AND 1 COPIES OF THE FOLLOWING DOCUMENTS:

(TITLE OF DOCUMENT)

PLEASE FILE THE ENCLOSED DOCUMENTS WITH THE COURT; AND RETURN A STAMPED OR CONFORMED COPY WITH THE ENCLOSED SELF ADDRESSED STAMPED ENVELOPE. IT IS ALSO RESPECTFULLY REQUESTED THAT A COPY OF THIS MOTION BE SERVED UPON ALL PARTIES IN FOREGOING ACTION EITHER BY FIRST CLASS MAIL POSTAGE PREPAID OR BY FAX OR E-MAIL TO ALL RESPECTIVE ADDRESSES IN ALL PARTIES INTERESTED I RESPECTFULLY THANK YOU IN ADVANCE.

DUE TO INCAPACITY AND LIMITATIONS OF TIME IN THE LAW LIBRARY FEDERAL RULING OF CIVIL PROCEDURES #81