Plaintiff's Name G. Memo Vera

Inmate No. K-73387

Address K.V.S.P

P.O. Box 5104

Delano Ca 93216

FILED

MAR 20 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G. Memo Vera
(Name of Plaintiff)

1:22cv00893NODJ
(Case Number)

vs.

C. Pfiffer warden
C/o Felhman, R. Mailing, J. Otto
C/o D. Hernandez CC1 T. Yoder
CC1 Gerry, Psch. K. B. Bowman
Jane Doe

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☑ **42 U.S.C. 1983 (State Prisoner)**

☐ **Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)**

14. pag./Exibit

RECEIVED

MAR 20 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner? Yes____ No ✓

B. If your answer to A is yes, how many? ________

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff not in relation to this Complaint

Defendants ________________

2. Court (if Federal Court, give name of District; if State Court, give name of County)
9th Cir

3. Docket Number 22-56150 4. Assigned Judge U.K

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

Pending

1-39.

6. Filing Date (approx.) ________________ 7. Disposition Date (approx.) ________________

**II. Exhaustion of Administrative Remedies**

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are required to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓ No ____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓ No ____

C. Is the process completed?

Yes ✓ If your answer is yes, briefly explain what happened at each level.

Denied

No ____ If your answer is no, explain why not.

**III. Defendants**

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name C. Pfiffer is employed as Warden

Current Address/Place of Employment KVSP 3000 W Cecil, Delano Ca 93216

2.49

B. Name Sgt Felhman%J otto is employed as Officers

Current Address/Place of Employment KVSP 3000 W. Cecil Delano Ca. 93216

C. Name %R Maling %D. Herdz. is employed as Officers

Current Address/Place of Employment K.V.S.P. 3000 W. Cecil Delano Ca 93216

D. Name CCI T. Yoder CCI Gerry is employed as Counselors

Current Address/Place of Employment KVSP 3000 W. Cecil. Delano Ca. 93216

E. Name Psych K.B. Bowman/J Doe is employed as Mental Health Staff.

Current Address/Place of Employment K.V.S.P. 3000 W. Cecil Delano Ca. 93216

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

[illegible] PROTECTED LIBERTY INTEREST RIGHT TO PETITION THE GOVERMENT FOR REDRESS OF GRIVIANCES; TORTURE 14Th Amend. 28 USC § 1985

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

Your Honor Christopher D. Baker, Plaintiff is Develomental Disable Wheelchar bound State Prisoner; with a languague Barrier, untrained in the Law proceeding [illegible]; wishes to bifurcate the Complaints; for the Court to retain Jurisdiction over K.V.S.P Defendants, on the present Complaint, futher humbly request your Honor that when you expedite a ruling on this cause of action, to provide Plaintiff a separate Civil Rights Complaint for S.V.S.P Defendants

[illegible]

I.P incurred Due Process Infractions for the BPH. Hearing, Olson review, Qualified readers, Spanish interpreters, Interview by Def's I.Yoder, Kimbrell, Gerry. suffered Injury the Fact. invation of legal protected interest (a) concrete and particularized (b) eminent not conjetural or hipothetical there is a casual Conection betheen the injury and the misconducts complaint of is traceble to the challen-ge Action of Def's and not the result of an independent action EXIBIT pag 15-25.

U.S. v. Bohn 890 F.2d. 1079.

On about 8/14/2020 Def's C/o J. Otto and D. Hernandez attempted to perpetrate an Entrapment, made a 3" inches slash on I.P forearm with the restrains, I.P bleed all day, stopped the bleeding himself.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

DEPRIVATION OF CIVIL RIGHTS, INTENTIONAL ARBITRARY AND DISCRIMINATORY EQUAL PROTECTIONS, TORTURE, FRAUD 42 USC §1983, FRCP 8, 38, 28 USC§1343(a)(3), 18 USCS§371, 17CFR240.10(b)

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

On about Feb, 7. 2020* C.D.C. Officials at Corcoran S.P denied access to a Board of Parole Hearing, On Feb 11, 2020 Inmate Patient was transfer by C/o F. Mariscal, C/o Guizar, Once at the Releasing and Receiving Office, Sgt. J. Bourne, Transportation Off. S. Smith and others abducted I.P by forcefull means to K.V.S.P, Where a Sgt. J. Flores in retaliation for having filed a different Complaint 22-56150 orquestrated or enacted a vicious attack upon I.P, and place him in Ad. Seg page 26

Sgt. Felhman in the futherance of a Conspiratory alliance with: Defendant C/o R. Mailing and K.B, subjected I.P to Torture, Starvation isolation 24/7 in a cell with dim light, scarce water, and no type of service close to a year 18 USCS § 1201, 28 USC § 1350, CCR § 3333 EXIBIT 30

* others were allowed to attend.

Griviance# 108538



Continuation 1

I.P taped the laceration closed with masking tape % J.Otto was making the Security Check, in order to deny H.C. Agent Marsh from the Bakersfield Internal Affairs Office took pictures of the injuries EXIBIT pag 17.

Petitioner raises additional Due Process Claims relating to denial of access to records, notice opportunity to be present and be heard. VERA v Gipson 2013 U.S. Dist. LEXIS 99275. 18 U.S.C. § 1029. U.S. v Bohn 890 F.2d 1079.

Intervention in Areas commited within the Fed. Goverment branches thus in terms of Art III limitations or Federal jurisdiction, the question of "Standing" is relevant to whether the dispute sought to be adjudicated will be in the Liberty protections interest. Cal. Const. Art. 1 § 3.

The Acts of Def's individually and in concert were malicious intentionally designed to deprive relief; "intentionally discriminatory, Plaintiff resorted to the Warden, Agencies, Assembly, Senate, Ker Co Sup. Ct., ect however neither took any mesures against the Heinous, arbitrary acts suffered by I.P, who is a Class of one, individual status wich erects barriers within the reflections of Equal Protections Law presented by diametrically opposed to evenhandedly punishment for similar situated, on the same terms locally applicable to encarcerated persons

AO 72 (Rev. 8/82)

- in California. 42 U.S.C.S. § 1985., 18 USCS § 1968 EXIBIT p. [illegible]

Castillo v Colvin 2010 U.S. Dist Lexis 137180 -
In re [illegible] Vicente Medical Partners [illegible] 800 F.2d 1128

I.P futher demonstrate Supervisory liability existed without any personal participation: if the Officials implemen-ted "a Policy so deficient that the Policy itself is a repudiation to Constitutional rights and is the moving force.

AO 72 (Rev. 8/82)

Continuation 2

I.P. a member of the Clark Class sought relief under the Clark Remedial Plan, specifically "Policy", Communication, interpersonal skills, use of resources, self direction and or fuctional skills due to Cognitive adaptive deficits, wich applies on a case by case basis for an upcoming B.P.H Hearing EXIBIT. 27-28

I.P. was severely injure at the time, to with multiple broken ribs EXIBIT and sought help through the Mental Health Dpt. because Defendants in the C.R.C. 22-56150 % Baker, % Power % Quiñones, M. Gonzalez, T Yoder, S. Ballesteros who worked in that Ad.Seg. were subjecting I.P to Tortous conditions isolation 24/7 in a dimly lit room with iether scarce dripping water no type of program, activity, legal resources, services or human contact EXIBIT. 28 USC § 1350 pursuant to C.C.R § 3333 at the time only the MH Dept or the warden C. Pfiffer could authorize this Torture practice beyond 10 days

Disability Rights v Bautista. 970 F.3d 1090.

The District Court has subject Jurisdiction under A.T.S racial discrimination, Antisemitism, Jus Cogens, Int. Law Sarei v Rio Tinto PLC. 550 F.3d 822; 2008 U.S. App. Lexis 25279.

The Central purpose of the initial contacts (interviews) with Psich thec Molina and others, was to obtain help with B.P.H. Exempli Gratia; Interview, idetify needs provide reasonable access to Forms, regulation, procedures, understand to the best of his ability the process

AO 72 (Rev. 8/82)

Defendant K.B. Bowman in lieu of assisting I.P with the disparities and or his discapacity obstructed his access to resources, and futher stiffle his ability to present his case, (Evidentiary Documentation Denial. of Education by C.D.C.) EXIBIT pag. 18-24

Attorney Margot Mendelson from P.L.O advice I.P was legally entitled for assistance from MH for his Develomental Disabilities and the atrocious conditions of confinement EXIBIT pag 91.

Def. K.B. Bowman assumed the pocition of mocking and degrating I.P. advertising Correctionals retaliations Def. K.B. Bowman couple with CCI Gerry fabricated I.P. has an AA College Degree and disseminated this fraudulent data in the C.D.C. Coputer thecnologies systems 18 USCS § 1030 C.F.A.A

Def. K.B Bowman defraud the A.D.A Reasonable Accommodation Panel, the Plan, sophistication involve the inducement or assuming control over Jane Doe 3rd party in the Fraudulent squeme Def. prohibit the Spanish speaking Psych theos to communicate with I.P who has a 3.3 G.P.L.

And this spurious documentation has had, continues to have, significant prejudicial impact on I.P's Due Process Administrative Safeguards, Medical,)

MH, Dental, communications and or 1st. Amend. Rights this device scheme to defraud, had the sole purpose to silence IP. due to the Kidnapping, Torture and retalitatory Acts

It is unlawfull to use any cruel corporal or unusual punishment or to inflict any treatment or allow any lack of treatment Medical Care wich will injure, impair the Health of a Person confined Ashker v. Governor of Ca N.D. Cal. 4:09-cv-05796 S.B. 7?? (d)(1)(3)(4)(12)(13)(15)

IP. Developmental Disability derives from a T.B.I inflicted by Tulare Co. Sheriff's Off (1997), Gunshot by Correctionals (2014) Traumas, Isolation, Callous Indi-fference to I.P prognosis

In the well enunciated statutory Guidelines defined within the letter written to the Fed Receiver it reflects the Clinical Pathways, interdiciplinary, tools, organi-zation of Care process for well designated group of patients with predicable Clinical course whence the this case embodies the Due Process Clause

Exibit "?" excerpts from SATF Z 20 04108 griviance

On March 10, 2020 K.B. Bowman performed. a Counterfeit evaluation In Absentia due to Def. % R. Mailing arbitrarily denied access to such Consultation.

Action wich incidentally resulted in curtailing ungoing care, and significantly impacted I.P. fuctioning, long term prognosis wich is expected to last permanently.

On the other hand the "Culpable State of Mind" of Def. K.B. Bowman is explicitly predicated; by her, ∴ contravening the processes governed by the Clark Rem. Plan, mandated for examinations i.e Tony 3d. 1 phase 1 (b), 2 Phase II, 3 phase III, GAMA, WAIS B), WAIS III a), adaptive, Deficit, Communication Skills[4], Socialization, Skills[5]), Self. Advocacy, use of Sources[8], Self. Direction.

K.B. Bowman and all Defendants mentioned in this Complain acted with "reckless disregard" [Knew] I.P is a Medical high risk intern, and disregarded the excessive risk to his health and safety I.P. spent nights with chest pain, requesting Health Care, these facts explicitly drew an inferance, that a substantial risk of harm existed, Staff added to the misconduct[s] that Defendants were creating.

To meet the subjective standard Def's need not to Know the precise nature of the risk, neither have to harbor purpose to harm or the harm will actually occur as long as Def's have actual Knowledge of the risk.

To be held liable Def.[s] must disregard a risk that was excessive or pose a risk of harm in the case at hand Def.

AO 72 (Rev. 8/82)

K.B. Bowman, Jane Doe, c/o Gerry, T. Yoder were just powns acting in concert participation within the Conspiratory scheme described heretofore by the 22-56150 case Def's wich corroborates the Casual Link between Def's and the claimed Constitutional Violations

CCR T15 § 3413(a)(1)(2)(3)(5)(6)(A) § 2(B)(C)(D)(G)

Historically "the Law is thought to be predicated upon 2 factors Mens rea and Actus reus wich literally means: "evil mind" and "bad faith" respectively balancing factors on wich the Law is predicated 66 NCL Rev. 283 (1988)

Def's Jhon Does (CDC. Doctors) have unreasonably deffered to this Clinical Opinion, False Education indiciums Per Fraudem in the same means and manner without confering with I.P. in a Clinical setting thus exacerbating the Due Process concerns by the context of this case (FERA)

31 USCS § 3729, 31 USCS § 3730, 31 USCS § 3731
31 USCS § 3732, 18 USCS § 1341, 18 USCS § 1343
U.S. v French 494 Fed. Appx 734
Sanders v Allison Engine Co 703 F3d 930
Publius v. Boyer Vine 237 F. Supp 3d 997.

Even up to date I.P. continues to be denied proper treatment Defendant E. Momen, has engaged into counterfeiting BWC Body worn camera videos with c/o while denying MH Care has also not performed, the statutory Guidelined assesments or evaluations C.R.P. supra. grivances KVSP HC 23000128 KVSP HC 22000399, KVSP 22001095.

AO 72 (Rev. 8/82)

Due, that the C.D.C., Doctors have adamantly denied Health Care, the small bump that, once was diagnosed as a Cyst, has develop into large occipal mass/(tumor)

Thereby contribuing to the exsacerbation of I.P. pathology overall fuction impairment vision, audiology, Cognitive anomalities, the surgery has been pending, as well as tomographies for years.

In addition, due to the interruption of the Medical transfer EXIBIT. , I.P. has not been able to follow up on Rhematolgy. Neurology. Cardiology, Advance therapy, Ortho, E.N.T. Specialty Nursing., Multiple Surgeries; previously programed and many other Clinical Process "just to mention" C.C.R § 3375.1 (a)(b)(1)(2)(3)(4)(6)(7)

Sanchez v Ca. No. 19. 7077.
Morani v. Gonzalez 45 F.3d. 292.
Bowoto v Chevron Corp. 557. F. Supp. 2d. 1080
Hassen v Sheikh Khalifa Bin Zayed al Nahyan 2010 U.S. Dist LEXIS 144819.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

WHEREFORE Plaintiff respecfully request the grant declaration of rights violated under the U.S.C, preliminary and Permanent injuction for retaliations Compensatory damages of 3,000,000. jointly and severaly, Punitive damages Trial by Jury, Cost of this suit Any additiondl relief this Court deems just proper and equitable

Appoint Counsel to this case

**I declare under penalty of perjury that the foregoing is true and correct.**

**Date:** ____________ **Signature of Plaintiff:** ____________

(Revised 4/4/14)

Memo Vera, K73387
D4-111
Kern Valley State Prison
Delano, CA 93216

28 March 2023

I am an inmate currently housed at Kern Valley State Prison.

X I have a case pending in your court; Case Number 1:22 CV 00893 NODJ

___ I would like to file a case in your court regarding: [Reason for, or type of filing].

I claim to have a disability covered under the Americans with Disabilities Act.
This disability makes it hard for me to read, write, and/or understand material regarding my case.
I ask the court to provide me with Transcripts (Large Print), to speak slowly, repeat legal issues, and explain things thoroughly so I can proceed with my case.

Respectfully,

Memo Vera, K73387
[Inmate Name & CDCR Number]

This inmate was assisted in writing this letter by N Karlow, Senior Librarian. This assistance was given to satisfy obligations of the California Department of Corrections and Rehabilitation and under the terms of two court ordered remedial plans. *Armstrong v Schwarzenegger* and *Clark v California* are federal civil rights actions brought pursuant to the Americans with Disabilities Act (ADA). Under the terms of the remedial plans, the Department of Corrections and Rehabilitation is obligated to advise the court that the above inmate is claiming a disability and is requesting a reasonable accommodation under the ADA. This letter satisfies the Department's obligation. The above inmate may be unable to effectively communicate with the court or fully prosecute this action due to their claimed disability.

Inmate's Claimed Disability: Low Cognitive Function & Visual Impairment
(i.e., Low cognitive function, visually impaired, etc)

Inmate's Requested Accommodation: Large Print, highlighters, explanatory techniques [explanations of?] legal issues.
(i.e., Assignment of Counsel, Large Print, etc)

N Karlow, Senior Librarian

14.29(A)

# Exhibit A

Pag. 15. BPH letter dated. Abril 30, 2020

Pag 16 BPH letter dated. Feb 02, 2021

Pag 17 Excerp from griviance 032685

Pag 18 Education Appeal CSP-5-19-05169

Pag 19. CDC 22 I.M. Request

pag 21- Bible Courses

pag 25. BPH Decision

pag 26 Medical Transfer transcript

pag 27 Medical Request / Ducat

pag 28 A.D.A accommodations

Pag 29 X rays Results

Pag 30 CDC 22 Retaliations

Pag 31. P.L.O Letter

Pag 32-34 Letter to Fed Receiver

Pag 35-39. CDC 119 Mail Logings

14.119(b)

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION GAVIN NEWSOM, GOVERNOR

**BOARD OF PAROLE HEARINGS**
P.O. BOX 4036
SACRAMENTO, CA 95812-4036

April 30, 2020

VERA, WILLIAM #K73387
04AA2RA1008001LP
KVSP-Z02

William Vera:

This is in response to your April 27, 2020 letter, received by the Board of Parole Hearings (Board) on April 27, 2020.

The Board has no jurisdiction over the transfer of inmates between institutions. Your consultation was postponed on February 7, 2020, due to your transfer.

According to our records, your consultation is tentatively rescheduled on November 04, 2020. Pursuant to Penal Code section 3041, during this consultation, the Board shall provide the inmate information about the parole proceeding process, legal factors relevant to his or her suitability or unsuitability for parole, and individualized recommendations for the inmate regarding work assignments, rehabilitative programs, and institutional behavior.

It is recommended you refer to California Code of Regulations, title 15, division 2 maintained at each institution's law library. If a copy is not available, please contact your assigned correctional counselor for further assistance. You may also purchase a copy of title 15 from the publisher, Thomson-Reuters, by writing:

Thomson-Reuters
P.O. Box 2006
San Francisco, CA 94126

You may wish to contact your assigned correctional counselor for further assistance.

Sincerely,

CORRESPONDENCE UNIT
Board of Parole Hearings

15-29

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION GAVIN NEWSOM, GOVERNOR

**BOARD OF PAROLE HEARINGS**
P.O. BOX 4036
SACRAMENTO, CA 95812-4036

February 02, 2021

VERA, WILLIAM #K73387
04AA2RA1008001LP
SATF-Z

William Vera:

This is in response to your correspondence received by the Board of Parole Hearings (BPH) on January 11, 2021, in which you are inquiring about being denied all procedural safeguards based upon the racially antisemitic xenophobic bias motivations of the KVSP Staff.

A consultation took place on August 14, 2020 in which you refused to attend. I am unsure of what proceeding you are stating you were denied. The Olson review was attempted on 6/19/2020, in which you declined to review your central file. You are currently housed at SATF and your next hearing is not due until 2024.

Sincerely,

Teresa Barker

CORRESPONDENCE UNIT
Board of Parole Hearings

16-919

022087

## I. CLAIM

Inmate VERA K73387 is alleging that on August 14, 2020 while housed in KVSP ASU2 Correctional Officer J. OTTO and D. HERNANDEZ recklessly and violently were pulling waist restraints through the food port while trying to apply the waist restrains on Inmate VERA. Inmate VERA further alleges that their actions caused him trauma and injuries to his wrists and forearms.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

DOM 51020 Use of Force

### B. DOCUMENTS CONSIDERED

Medical Report of Injury or Unusual Occurrence (CDCR Form 7219) : Medical Report of Injury reflect Vera's injuries at the time of his allegations on 08/24/2020. Sign In Sheets : Reflects what staff were assigned to Facility Z02 Second Watch on 08/14/2020. General Chrono (CDCR Form 128-B) : General Chrono authored by OTT on 08/14/2020, concerning his interaction with Vera. SOMS Bed History Report : Reflects which inmates were housed in cells Z02 133& 134 on 08/14/2020. SOMS DPP Disability Accommodation Summary : SOMS DPP summary reflecting what DME's Vera is allowed to have and which DME's have been removed.

## III. REASONING AND DECISION

The following witnesses were questioned by AIMS staff:Orozco, Alonzo, CDCR #BJ0212, KVSP Z02-133LRamirez, Charles, CDCR #AS5799, KVSP Z02-133URamos, Jose, CDCR #T42242, KVSP Z02-134LPadilla, Luis, CDCR #AX0860, KVSP Z02-134UOrtiz, E. Correctional OfficerStaff did not violate CDCR policy with respect to one or more of the issues appealed.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
| --- | --- | --- |
| R. Godwin [GORO030] | CDW | 09/24/2020 |

**INMATE APPEAL ASSIGNMENT NOTICE**

KVSP

To: INMATE VERA, K73387
Current Housing: Z02001C1135001L

Date: February 28, 2020

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSPC-5-19-05169

ASSIGNED STAFF REVIEWER: EDUCATION
APPEAL ISSUE: PROGRAM
DUE DATE: 04/13/2020

EXHIBIT

Inmate VERA, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 30 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

Chief of Inmate Appeals
Department of Corrections
P. O. Box 942883
Sacramento, CA 94283-0001

- [ ] J. Ceballos, CCII Appeals Coordinator
- [ ] C. Brown, SCR LT
- [x] P. Williams, Correctional Counselor II (A) Specialist
- [ ] K. Field, AGPA

Appeals Coordinator
Corcoran State Prison

18-779

Kern Valley State Prison
Ad Seg Unit 2- North

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| VERA | MEMO | K7[illegible] | MEMO VERA |
| HOUSING/BED NUMBER: AS U2 # 1[illegible] | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): CORI EDUCATION |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Mr Shepard que paso con las inscripciones, would you please send me the Coastline pamplet that you previously sent me. Any some Educational material i.e. Grammar Math ect

Le agradezco por su tiempo y consideración.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: CORCORAN VIP EDUCATION DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| W Howard | 3/15/20 | [signature] | NO (circled) |
| IF FORWARDED – TO WHOM: CORI ED. Mr Shepard | | DATE DELIVERED/MAILED: 14 March 2020 | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL (circled) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| V. Beaver-Cabello | 9/9/2020 | [signature] | 9/9/2020 |

Currently, General Educational services are not provided to AdSeg inmates.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

19-[illegible]

NAME: **William Vera** STUDENT ID#: 335104

COURSE: **El Evangelio De Juan** DATE: 6/14/11

EXAM 1: **77** EXAM 2: **84** EXAM 3: **84**

FINAL GRADE: **82** CREDITS: **0**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

EXHIBIT A

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

NAME: **William Vera** STUDENT ID#: 335104

COURSE: **El Libro de los Hechos, Vol. 1** DATE: 11/20/2018

EXAM 1: **97** EXAM 2: **92** EXAM 3: **92**

FINAL GRADE: **94** CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

17

COURSE: **El Libro de los Hechos, Vol. 2** DATE: 10/27/2020

EXAM 1: **95** EXAM 2: **93** EXAM 3: **85**

FINAL GRADE: **91** CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

21 · 2019



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: William Vera

STUDENT ID#: 335104

COURSE: Doctrina Biblica, Vol. 1

DATE: 1/10/12

EXHIBIT

EXAM 1: **96** EXAM 2: **94** EXAM 3: **95**

FINAL GRADE: **95** CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: William Vera

STUDENT ID#: 335104

COURSE: Doctrina Biblica, Vol. 2

DATE: 7/30/13

EXAM 1: **92** EXAM 2: **95** EXAM 3: **89**

FINAL GRADE: **92** CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: **William Vera** STUDENT ID#: 335104

COURSE: **Doctrina Biblica, Vol. 1** DATE: 1/10/12

EXAM 1: **96** EXAM 2: **94** EXAM 3: **95**

FINAL GRADE: **95** CREDITS: **1**

EXHIBIT

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: **William Vera** STUDENT ID#: 335104

COURSE: **Doctrina Biblica, Vol. 2** DATE: 7/30/13

EXAM 1: **92** EXAM 2: **95** EXAM 3: **89**

FINAL GRADE: **92** CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

27.79

NAME: **William Vera** STUDENT ID#: 335104

COURSE: **El Evangelio De Juan** DATE: 6/14/11

EXAM 1: **77** EXAM 2: **84** EXAM 3: **84**

FINAL GRADE: **82** CREDITS: **0**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

EXHIBIT

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

14

NAME: **William Vera** STUDENT ID#: 335104

COURSE: **El Libro de los Hechos, Vol. 1** DATE: 11/20/2018

EXAM 1: **97** EXAM 2: **92** EXAM 3: **92**

FINAL GRADE: **94** CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

17

COURSE: **El Libro de los Hechos, Vol. 2** DATE: 10/27/2020

EXAM 1: **95** EXAM 2: **93** EXAM 3: **85**

FINAL GRADE: **91** CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

24.119

BOARD OF PAROLE HEARINGS
CONSULTATION

INMATE COPY

STATE OF CALIFORNIA

**DECISION / ORDER**

[X] Consultation Conducted

[ ] Inmate Present

[X] Inmate Not Present

[ ] Consultation Postponed

Reason(s):

**FINDINGS / RECOMMENDATIONS**

EXHIBIT

**Vocational Training**

Findings:

No vocational training to date.

Recommendations:

Learn a skill or trade you can use in the community, in an effort to exemplify the factors of suitability. Complete as many vocations as possible. If on-site vocational programs are not available to you, obtain and read books from the library on a vocation, prepare a book report to present to the Panel on w hat w as learned. Consider PIA as an alternative pending acceptance into a vocation.

**Work Assignments**

Findings:

No w ork assignments - inmate is in Ad. Seg.

Recommendations:

Learn a skill or trade you can use in the community, in an effort to exemplify the factors of suitability. Complete as many vocations as possible. If on-site vocational programs are not available to you, obtain and read books from the library on a vocation, prepare a book report to present to the Panel on w hat w as learned. Consider PIA as an alternative pending acceptance into a vocation.

**Rehabilitation Programs**

Findings:

Inmate has not completed any rehab programs.

Recommendations:

Participate in programming to address the issues w hich contributed to your criminality and to prepare for release to the community. Be able to discuss w hat w as learned, the reasons for your criminality prior to, during and after the crime, and how the programming addresses the causative factors of your crime. Obtain laudatory chronos, ask counselor to put in C-File. If unavailable, do correspondence courses, or read books and w rite reports about w hat you learned.

**Education**

Findings: *

Inmate has a GED but his TABE score is 3.3.

Recommendations:

Obtain educational upgrades, if available, in an effort to exemplify the factors of suitability. If formal educational programs are not available, pursue educational upgrades via self-study (book reports) or do correspondence courses until the classroom is available. Read and w ork on educating yourself. How ever, be sure to balance education w ith self-help, w ork, and rehabilitative programming to best prepare for a grant of parole and life in the community.

* I.P. obtain this almost 3 decades ago

2ff-??

NAME: VERA | CDC #: K73387 | INST: KVSP | SCHEDULED DATE: 08/14/2020 | ACTION DATE: 08/13/2020

/ERA, WILLIAM has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**Follow Up LVN 10**
02/18/20 13:30:00 PST, Care Management, 14 days, 02/27/20 23:59:00 PST, Walker expired 1/31/20 flagging. Pls. u pdate cerne/7536. PCP need to evaluate IP

**Follow Up LVN 10**
02/18/20 8:30:00 PST, Care Management, 7 days, 02/18/20 23:59:00 PST, Please administer Boostrix and Engerix B 3rd dose on 02/18/20.

**Interfacility Transfer Medical Eval 60 (High Risk/Complex Care) PCP (w/in 7 days)**
02/18/20 12:30:00 PST, 02/18/20 23:59:00 PST, high 1/complex care/polypharmacy
CC-chronic pain, paraplegia, HTN, dyslipidemia, IHD, HCV
need to reevaluate walker use (order exp 1/31/20 at COR)

**Medical Chronic Care (CCP) Follow Up 40**
02/18/20 13:10:00 PST, 90 Days, 03/16/20 23:59:00 PDT, CCP F/U Multiple condition

Chronos

**128-C Dental Refusal**
11/05/18 13:45:00 PST, Refused dental X ray and exam. This is an informational chrono and is not to be used for dis ciplinary purposes.

**128-C Dental Refusal**
12/12/18 14:28:00 PST, Refused to report for a scheduled priority dental appointment OR refused dental treatment. T his is an informational chrono and is not to be used for disciplinary purposes.

DPC 11/05/18 13:49:37 PST, DPC 3

DPC 12/12/18 14:48:31 PST, DPC 3

DPC 12/20/18 14:18:28 PST, DPC 3

DPC 12/26/18 14:18:01 PST, DPC 3

DPC 07/03/19 13:42:20 PDT, DPC 3

26-179

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
**CDCR 7362 (Rev. 03/19)**

Page 2 of 2

**PART I: TO BE COMPLETED BY THE PATIENT**

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☑ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
| --- | --- | --- |
| MEMO VERA | K73387 | ASU2 #101 |

| PATIENT SIGNATURE | DATE |
| --- | --- |
| MEMO VERA | 8 Mar 2020 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) [illegible]

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

OTRR314 INMATE PRIORITY PASS

| INMATE'S NAME | CDC# | HOUSING AREA/BED |
| --- | --- | --- |
| Vera, William | K73387 | Z02001C1 - 135001L |

| ISSUED BY | ISSUE DATE | APPT. DATE | APPT. TIME |
| --- | --- | --- | --- |
| U. UNKNOWN | 03/02/2020 | 03/05/2020 | 08:30 |

| APPT. LOCATION | TYPE / REASON |
| --- | --- |
| Z2 PSYCH TECH CLINIC | Medical/Nursing/ |
| ARRIVAL TIME: | RECORDED BY: |

DEPART TO: | DEPART TIME: | RECORDED BY:

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
**CDCR 7362 (Rev. 03/19)**

Page 2 of 2

**PART I: TO BE COMPLETED BY THE PATIENT**

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☑ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
| --- | --- | --- |
| Memo Vera | K73387 | ASU2 101 |

| PATIENT SIGNATURE | DATE |
| --- | --- |
| Memo Vera | 2 Feb. 2020 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) "M/SX request to follow up [illegible] of Social Worker Molina

Clark v. California

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

27/39

## DEFINITIONS

***Parole Proceedings*** means all BPH proceedings. They are also things that happen before or after the hearings. These may be:

- Service of Rights
- Attorney Consultations
- Probable Cause Hearings
- Revocation Hearing
- Revocation Extension Hearing
- MDO Hearing (Mentally Disordered Offender)
- Psychiatric Evaluations
- SVP Hearing (Sexually Violent Predator)
- Documentation Hearing
- Initial/Subsequent Hearing
- Progress Hearing
- Rescission Hearing
- In re Stanworth Hearing
- Grievances
- Olson reviews
- Lifer parole plans

***Qualified*** means that you have a disability that is protected by the Americans with Disabilities Act (ADA). Your disability is a condition that is much worse than the average person. This means you cannot see hear, walk, talk, breathe, learn, think, work, OR take care of yourself without help.

## TYPES OF ACCOMMODATIONS

***Reasonable Accommodation*** means the kind of help you need at hearings. This may be help getting to, talking at, or understanding the hearing. Some kinds of help may include:

**1. Alternative formats:**
You may ask for BPH forms in Braille, audiocassette, or large print. Most BPH forms have been changed to simple English. The BPH Forms that were not changed will come with an explanation in simple English.

**2. Auxiliary Aids and Services:** Below are the types of accommodations that <u>may</u> be available if you have a qualified disability. You may ask for an accommodation by using the BPH 1073 form.

**<u>Hearing Impairment (hearing)</u>**

- Assistive Hearing Devices
- Qualified Sign Language Interpreters
- Telecommunications devices for deaf persons (TDD's)
- Telephone handset amplifiers
- Computer-aided transcription services
- Closed caption decoders
- Open and closed captioning
- Videotext displays
- Exchange of written notes
- Note takers

**<u>Vision Impairment (seeing)</u>**

- Magnifying Devices
- Large print materials
- Audiocassettes
- Brailled materials
- Assistance navigating and locating items
- Qualified readers

**<u>Learning Disabilities (learning)</u>**

- Staff Assistance
- Legal counsel
- Highlighter pens and markers
- Audio taped materials
- Regional Center advocates
- Reading windows, rulers, or angled book stands
- Qualified readers

**<u>Speech Impairment (talking)</u>**

- Staff Assistance
- TDD machines
- Computer terminals
- Speech synthesizers
- Communication books or boards
- Qualified interpreters

**<u>Mobility Impairments (walking)</u>**

- Accessibility
- Wheelchair
- Cane

**<u>Mental Impairments /Developmental Disabilities (thinking)</u>**

- Staff assistance
- Legal counsel
- Regional Center advocates
- Qualified interpreters

28.119

HEALTH CARE SERVICES

Kern Valley State Prison

| | | | |
|---|---|---|---|
| Name: | WILLIAM VERA | Patient ID: | 11126695 |
| DOB: | 11/25/1965 | Secondary ID: | K73387 |
| Exam Name: | XR CHEST 2 VWS \| 71020 | | |
| Age: | 54Y 8M | Exam Date: | 2/20/2020 10:55 AM |
| Primary Care Provider: | V. Manhas, PA | | |
| Ordering Provider: | A. Zepp, MD | | |

CLINICAL INDICATION: chest/Rib pain
COMPARISON: None
TECHNIQUE: Frontal and lateral chest radiographs

FINDINGS: Limited lateral view. Low volume chest with hypoaeration changes. Increased interstitial markings. Subtle lung base opacities, possibly atelectasis in this setting. Mildly enlarged cardiac silhouette and superior mediastinum, partly technique related.

No significant osseous abnormality.

IMPRESSION: Limited low volume chest. Hypoaeration changes and lung base opacities, possibly atelectasis. Mildly enlarged cardiomediastinal silhouette.

Note: If there is clinical concern for rib injury, dedicated rib radiographs may be helpful.

Electronically Signed by: MLaufik, MD

Date Signed: 2/20/2020 11:42 AM

**Report Electronically Signed by:** MARTIN LAUFIK, MD
**Report Electronically Signed on:** 2/20/2020 11:42 AM

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

EXHIBIT [illegible]

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| VERA | MEMO | K-17787 | Memo Vera |
| HOUSING/BED NUMBER: 4B-2 #1[illegible] | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Retaliation. |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On about 20 [illegible] 2020 [illegible] K. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] the time [illegible] [illegible] [illegible] [illegible]

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO: ____________ DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| C MELICA | 4-15-20 | [signature] | YES |
| IF FORWARDED – TO WHOM: Sgt. Moffet | | DATE DELIVERED/MAILED: 17 APRIL 2020 | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL — IN PERSON |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

Estimado Señor Vera (K73387):

Nos envio documentos con una de tus cartas. Estamos trabajando en una respuesta a su carta. Mientras tanto, le devolvemos sus documentos.

Sus documentos se adjuntan con esta carta. Hemos hecho una copia para nuestros registros.

Agradecemos su paciencia con nosotros. Cuídese.

Atentamente,

Prison Law Office

Board of Directors
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Clerk Roe? 5th Apr 2020
Federal Receiver.

CCR Title 15. 3999.218, 3999.140, 3999.141.

The following communication is provided to your quality change and Office regarding the clinical pathway reflected or assumed Professional misconduct for which a formal investigation is required into the clinical performance which fails the applicable standards of the Professional Codes § 800(...) 

EXHIBIT

I was contacted by [illegible] effectively [illegible] regarding past illnesses and or injuries with affected functional impairments, congenital abnormalities, contextual difficulties, with the [illegible] to [illegible] M.H. services for [illegible] in order to consolidate strategic performance, [illegible] advance Medical review and [illegible] diagnostic evaluations and treatment, M.H. condition, ancillary services to identify, diagnose, evaluate and treat Med. M.H. underlying condition. [illegible] and [illegible] to specialty consultation in a [illegible] setting using Scientific evidence based methodologies and expert clinical judgment i.e. [illegible].

Some of the [illegible] accommodations I require are Translation [illegible], [illegible], Transitional [illegible] for [illegible] immediate Safety assessment regarding the clinical performance and or [illegible] hereinafter, are [illegible]. [illegible] to file a [illegible] in Clerk [illegible], [illegible].

[illegible]

On about the March 10, finally got a Decent, However the K.B. [illegible] exerted all possible hindrances in order to obstruct my remedies [illegible] Consultation, due to my incapacities, inadequate abilities of capable perform the previous defined expectations for a Normal individual Armstrong Bem P. III 1 7-8 Clark v Ca No. C[illegible] 46 [illegible] III V.2

On about the 13 March K.B. Bauman came up to my window and refused to provide me an interpreter, made a number of fraudulent allegations containing to instrumentalize the CD [illegible] fabricated to Abridge my 1st Amend. rights i.e the 4 H. Degree Chrono, the Computer Fraud CAPV 12.9, and further argued they performed an evaluation in [illegible] and I do not qualify!!!

It shall be duly noted I have been a member of the [illegible] Class for a number of years and due to my lack of capacity to communicate choice inability to understand relevant information and or appreciate the nature or likely consequences and process the instrumentality rationally, I did not know what the NOD Code meant I have been provided, Auxiliary Aides, Interpre-tationes, Gadgets for a number of years

The Med. records depict among other pathologies a Traumatic Brain injury Skull, [illegible] frontal part of the Head, [illegible] or injuries or [illegible] for which appropriate review is needed as a retrospective review and can be accepted as adequate to support conclusion.

However subsequently after my encounter with K.B. Bauman I requested to see an impartial Advocate in light of her Unkind, Dishonest, Xeno-Anthropologic Xenophobic Racially Bias and deceptive attitude.

[illegible]

On about March 24 K.B. Bauman came back to the window and argue the same false claims and further stipulated I cannot see anybody else for which a Judicial review Committy is needed. California Business and Profession Code Sec 2220 et seq. Business and Professions Code Sec 220 et Seq.

Any patient is entitled to a Differential Opinion commensurate with the standard clinical procedures established in the community.

EXHIBIT

[illegible signature]

Merle Vera

NGOYUNN

| 3/9/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
|---|---|---|---|
| 3/9/2020 | K-73387 | Vera | M K Mendelson, aty; Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 3/12/2020 | K-73387 | Vera | Supreme Ct of CA, 350 McAllister St #1295, San Francisco, CA 94102 |
| 3/16/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |
| 3/16/2020 | K-73387 | Vera | T C Calienes, aty; 9431 Haven Ave; Rancho Cucamonga, CA 91730 |
| 3/17/2020 | K-73387 | Vera | US DOJ, Special Litigation Section; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 3/17/2020 | K-73387 | Vera | CDCR Inmate Appeals Branch; PO Box 942883; Sacramento, CA 94283 |
| 3/17/2020 | K-73387 | Vera | Ct of Appeal, 5th Dist; 2424 Ventura St; Fresno, CA 93721 |
| 3/19/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/19/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 3/19/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/19/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/20/2020 | K-73387 | Vera | Post Conviction Justice Project; 699 Exposition Bl; Los Angeles, CA 90089 |
| 3/20/2020 | K-73387 | Vera | Restore Justice, aty; 1370 N St Andrews Pl; Los Angeles, CA 90028 |
| 3/20/2020 | K-73387 | Vera | Loyola Law, Project For The Innocent; 919 Albany St; Los Angeles, CA 90015 |
| 3/20/2020 | K-73387 | Vera | CA Department of Justice; PO Box 944275; Sacramento, CA 94244 |
| 3/20/2020 | K-73387 | Vera | Ofc of Administraive Law; 300 Capitol Mall #1250; Sacramento, CA 95814 |
| 3/20/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 3/20/2020 | K-73387 | Vera | M W Bien, aty; Rosen Bien LLP; PO Box 390; San Francisco, CA 94104 |
| 3/20/2020 | K-73387 | Vera | Medical Board of CA; 2005 Evergreen St #1200; Sacramento, CA 95815 |
| 3/20/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/20/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/20/2020 | K-73387 | Vera | Uncommon Law, atys; 220 4th St #103, Oakland, CA 94607 |
| 3/24/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |
| 3/24/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 3/24/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 3/26/2020 | K-73387 | Vera | KVSP HC Appeals; Delano, CA 93216 |
| 3/26/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 3/26/2020 | K-73387 | Vera | Legal Services for Prisoners w/Children, atys; 4400 Market St; Oakland, CA 94608 |
| 3/26/2020 | K-73387 | Vera | R Y Anabtawi, aty; Prison Law Office; General Delivery; San Quentin, CA 9496 |
| 3/26/2020 | K-73387 | Vera | Legal Services for Prisoners w/Children, atys; 4400 Market St; Oakland, CA 94608 |
| 3/26/2020 | K-73387 | Vera | Embassy of Mexico; 1911 Pennsylvania Ave NW; Washington, CA 20006 |
| 3/26/2020 | K-73387 | Vera | Consulate of Mexico; 7435 N Ingram Ave; Fresno, CA 93711 |
| 3/30/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |
| 4/1/2020 | K-73387 | Vera | Community Legal Information Center; 25 Main St #102; Chico, CA 95929 |
| 4/6/2020 | K-73387 | Vera | COR Appeals; PO Box 8800; Corcoran, CA 93212 |
| 4/6/2020 | K-73387 | Vera | COR Appeals; PO Box 8800; Corcoran, CA 93212 |
| 4/6/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 4/6/2020 | K-73387 | Vera | J C Kelso, Federal Receiver; CCHCS; PO Box 588500; Elk Grove, CA 95758 |
| 4/8/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/8/2020 | K-73387 | Vera | USDC, Central Dist; 411 W 4th St #1-053; Santa Ana, CA 92701 |
| 4/8/2020 | K-73387 | Vera | Disability Rights California; 1530 Broadway #300; Oakland, CA 94703 |
| 4/9/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 4/10/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 4/10/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; 125 S Grand Ave; Pasadena, CA 91105 |
| 4/13/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/13/2020 | K-73387 | Vera | M K Mendelson, aty; Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 4/15/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 4/16/2020 | K-73387 | Vera | KVSP HC Appeals; Delano, CA 93216 |
| 4/16/2020 | K-73387 | Vera | KVSP HC Appeals; Delano, CA 93216 |
| 4/16/2020 | K-73387 | Vera | KVSP HC Appeals; Delano, CA 93216 |
| 4/16/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/16/2020 | K-73387 | Vera | CA Board of Psychology; 1625 N Market Bl #215; Sacramento, CA 95834 |
| 4/20/2020 | K-73387 | Vera | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 4/21/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/21/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 4/21/2020 | K-73387 | Vera | Kern Co Grand Jury; 1415 Truxtun Ave #600; Bakersfield, CA 93301 |

| | | | |
|---|---|---|---|
| 4/21/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 4/21/2020 | K-73387 | Vera | Medical Board of CA; 2005 Evergreen St #1200; Sacramento, CA 95815 |
| 4/22/2020 | K-73387 | Vera | Tulare Co Superior Court; 221 S Mooney Bl; Visalia, CA 93291 |
| 4/24/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 4/27/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 4/27/2020 | K-73387 | Vera | C Strickman, aty; 4400 Market St; Oakland, CA 94608 |
| 4/27/2020 | K-73387 | Vera | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 4/28/2020 | K-73387 | Vera | SATF IAO; PO Box 7100; Corcoran, CA 93212 |
| 4/28/2020 | K-73387 | Vera | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 4/28/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 4/28/2020 | K-73387 | Vera | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 4/28/2020 | K-73387 | Vera | M W Bien, aty; Rosen Bien LLP; PO Box 390; San Francisco, CA 94104 |
| 4/29/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 5/4/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/4/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/4/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/4/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 5/4/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 5/5/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/6/2020 | K-73387 | Vera | United Nations Secretary; 405 E 42nd St; New York, NY 10017 |
| 5/6/2020 | K-73387 | Vera | CA State Assembly; State Capitol; PO Box 942849; Sacramento, CA 94249 |
| 5/11/2020 | K-73387 | Vera | CA State Senate; State Capitol; Sacramento, CA 95814 |
| 5/11/2020 | K-73387 | Vera | National Lawyers Guild; 132 Nassau St; New York, NY 10038 |
| 5/11/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 5/11/2020 | K-73387 | Vera | Medical Board of CA; 2005 Evergreen St #1200; Sacramento, CA 95815 |
| 5/12/2020 | K-73387 | Vera | R M Diaz, CDCR Secretary; 1515 S St; Sacramento, CA 95811 |
| 5/14/2020 | K-73387 | Vera | KVSP HC Grievance Ofc; Delano, CA 93216 |
| 5/14/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/19/2020 | K-73387 | Vera | Board of Vocational Nursing & Psychiactric Techniciansd; 2535 Capitol Oaks Dr #205; Sac, CA 95833 |
| 5/19/2020 | K-73387 | Vera | Tulare Co Superior Court; 221 S Mooney Bl; Visalia, CA 93291 |
| 5/19/2020 | K-73387 | Vera | Ofc of Inspector General; 10111 Old Placerville Rd #110; Sacramento, CA 95827 |
| 5/20/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/20/2020 | K-73387 | Vera | St Asbm L S Gonzalez-Fletcher, Chair; CA Latino Legislative Caucus; 1020 N St #511; Sac, CA 95814 |
| 5/20/2020 | K-73387 | Vera | Kern Co Grand Jury; 1415 Truxtun Ave #600; Bakersfield, CA 93301 |
| 5/22/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 5/27/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/27/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/27/2020 | K-73387 | Vera | T B Nolan, aty; Rosen Bien LLP; PO Box 390; San Francisco, CA 94104 |
| 5/27/2020 | K-73387 | Vera | Legal Services for Prisoners w/Children, atys; 4400 Market St; Oakland, CA 94608 |
| 5/28/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 5/28/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 6/1/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 6/1/2020 | K-73387 | Vera | Pennsylvania Institutional Law Project; 718 Arch St #304-S; Philadelphia, PA 19106 |
| 6/2/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 6/2/2020 | K-73387 | Vera | CDCR Ombudsman; 1515 S St; Sacramento, CA 95811 |
| 6/3/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/3/2020 | K-73387 | Vera | KVSP Warden; Delano, CA 93216 |
| 6/3/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 6/3/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/3/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 6/3/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 6/5/2020 | K-73387 | Vera | S J Fama, aty; General Delivery; San Quentin, CA 94964 |
| 6/5/2020 | K-73387 | Vera | Kern Co Patients Rights Advocate; PO Box 1000; Bakersfield, CA 93302 |
| 6/8/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 6/8/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/8/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 6/8/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |

| | | | |
|---|---|---|---|
| 6/8/2020 | K-73387 | Vera | K Wattley, aty; 220 4th St #103; Oakland, CA 94607 |
| 6/10/2020 | K-73387 | Vera | KVSP HC CEO; Delano, CA 93216 |
| 6/10/2020 | K-73387 | Vera | SATF IAO; PO Box 7100; Corcoran, CA 93212 |
| 6/10/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 6/10/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 6/10/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/10/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/17/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/17/2020 | K-73387 | Vera | Ofc of Inspector General; 10111 Old Placerville Rd #110; Sacramento, CA 95827 |
| 6/18/2020 | K-73387 | Vera | COR IAO; PO Box 8800; Corcoran, CA 93212 |
| 6/18/2020 | K-73387 | Vera | HC Grievance Branch; PO Box 588500; Elk Grove, CA 95758 |
| 6/23/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/23/2020 | K-73387 | Vera | US DOJ, federal Bureau of Investigation; 4500 Orange Grove Ave; Sacramento, CA 95841 **(old address)** |
| 6/23/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 6/24/2020 | K-73387 | Vera | CA Board of Psychology; 1625 N Market Blvd #N-215; Sacramento, CA 95834 |
| 6/24/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 6/25/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/25/2020 | K-73387 | Vera | Community Legal Information Center; 25 Main St #102; Chico, CA 95929 |
| 6/25/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 6/25/2020 | K-73387 | Vera | CA Board of Vocational Nursing; 2535 Capitol Oaks Dr #205; Sacramento, CA 95833 |
| 6/25/2020 | K-73387 | Vera | Tulane University School of Law; 6329 Freret St; New Orleans, LA 70118 |
| 6/26/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 6/29/2020 | K-73387 | Vera | US Court of Appeals for the Ninth Circuit, POB 193939, San Francisco, CA 94119 |
| 6/29/2020 | K-73387 | Vera | Office of the Warden, POB 5102, Delano, CA 93216 |
| 6/30/2020 | K-73387 | Vera | Board of Vocational Training, 2535 Capitol Oaks Dr, SAC, CA 95833 |
| 6/30/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 7/2/2020 | K-73387 | Vera | USC of Appeals, POB 193939, San Francisco, CA 94119 |
| 7/10/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 7/10/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 7/10/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/13/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 7/13/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/13/2020 | K-73387 | Vera | Tulare Co Superior Court; 221 S Mooney Blvd; Visalia, CA 93291 |
| 7/13/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 7/13/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 7/14/2020 | K-73387 | Vera | Legal Services for Prisoners w/Children, atys; 4400 Market St; Oakland, CA 94608 |
| 7/14/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 7/14/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 7/14/2020 | K-73387 | Vera | Rosen Bien Galvan & Grunfeld LLP, atys; PO Box 390; San Francisco, CA 94104 |
| 7/14/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 7/17/2020 | K-73387 | Vera | Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 7/17/2020 | K-73387 | Vera | S Jacobs, CDCR Ombudsman; PO Box 942883; Sacramento, CA 94283 |
| 7/17/2020 | K-73387 | Vera | US DOJ, Civil Rights Division; 2001 Freedom Way; Roseville, CA 95678 |
| 7/22/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/22/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/22/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/22/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/22/2020 | K-73387 | Vera | 9th Circuit US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 7/22/2020 | K-73387 | Vera | M L Denkers-Baca, aty; Loyola Law PFTI; 919 Albany St; Los Angeles, CA 90015 |
| 7/22/2020 | K-73387 | Vera | Commission on Judicial Performance; 455 Golden Gate Ave #14400; San Francisco, CA 94102 |
| 7/23/2020 | K-73387 | Vera | US DOJ, Civil Rights Division; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 7/27/2020 | K-73387 | Vera | ACLU National Prison Project; 915 15th St NW 7th Fl; Washington, DC 20005 |
| 7/27/2020 | K-73387 | Vera | Justice Now, atys; 1322 Webster St #210; Oakland, CA 94612 |
| 7/29/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 7/30/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/3/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/3/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |

| | | | |
|---|---|---|---|
| 8/3/2020 | K-73387 | Vera | 9th Circuit US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 8/3/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 8/6/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/7/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 8/10/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 8/10/2020 | K-73387 | Vera | Osteo Medical Board of CA; 1300 National Dr #150; Sacramento, CA 95834 |
| 8/10/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 8/14/2020 | K-73387 | Vera | S Zwick, aty; 25909 Pala #340; Mission Viejo, CA 92691 |
| 8/14/2020 | K-73387 | Vera | C Carbone, aty; PO Box 2809; San Francisco, CA 94126 |
| 8/14/2020 | K-73387 | Vera | M Bárcena, Ambassador; Embassy of Mexico; 1911 Pennsylvania Ave NW; Washington, DC 20006 |
| 8/17/2020 | K-73387 | Vera | R K Himes, aty; LSPC; 4400 Market St; Oakland, CA 94608 |
| 8/17/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 8/20/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 8/21/2020 | K-73387 | Vera | T G Calienes, aty; 9431 Haven Ave; Rancho Cucamonga, CA 91730 |
| 8/21/2020 | K-73387 | Vera | CDCR Board of Parole Hearings; PO Box 4036; Sacramento, CA 95812 |
| 8/27/2020 | K-73387 | Vera | National Lawyers Guild, Prison Law Project; 132 Nassau St #922; New York, NY 10038 |
| 8/28/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 8/28/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/28/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 8/28/2020 | K-73387 | Vera | S J Fama, aty; Prison Law Office; General Delivery; San Quentin, CA 94964 |
| 8/28/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 9/3/2020 | K-73387 | Vera | Health Care Appeals Branch; PO Box 588500; Elk Grove, CA 95758 |
| 9/3/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 9/3/2020 | K-73387 | Vera | Consulate of Mexico; 7435 N Ingram Ave; Fresno, CA 93711 |
| 9/8/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/9/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 9/9/2020 | K-73387 | Vera | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA 94102 |
| 9/9/2020 | K-73387 | Vera | Federal Pro Se Clinic, USDC Central Dist; 312 N Spring St; Los Angeles, CA 90012 |
| 9/14/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/15/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 9/18/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/18/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/18/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 9/18/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 9/18/2020 | K-73387 | Vera | Health Care Grievance Review HQ; PO Box 588500; Elk Grove, CA 95758 |
| 9/18/2020 | K-73387 | Vera | Health Care Grievance Review HQ; PO Box 588500; Elk Grove, CA 95758 |
| 9/18/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 9/18/2020 | K-73387 | Vera | Health Care Correspondence & Appeals; PO Box 588500; Elk Grove, CA 95758 |
| 9/18/2020 | K-73387 | Vera | CDCR Office of Internal Affairs; PO Box 3009; Sacramento, CA 95812 |
| 9/18/2020 | K-73387 | Vera | Director or Corrections & Rehabilitation; PO Box 942883; Sacramento, CA 94283 |
| 9/21/2020 | K-73387 | Vera | KVSP HC CEO; Delano, CA 93215 |
| 9/24/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 9/28/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 9/28/2020 | K-73387 | Vera | Supreme Court of the United States; 1 First St NE; Washington, DC 20543 |
| 9/28/2020 | K-73387 | Vera | R M Diaz, CDCR Secretary; PO Box 942883; Sacramento, CA 94283 |
| 9/28/2020 | K-73387 | Vera | Supreme Court of CA; 350 McAllister St; San Francisco, CA 94102 |
| 9/28/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 10/2/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 10/2/2020 | K-73387 | Vera | Health Care Grievance Branch; PO Box 588500; Elk Grove, CA 95758 |
| 10/2/2020 | K-73387 | Vera | CA Appellate Project; 520 S Grand Ave 4th Fl; Los Angeles, CA 90071 |
| 10/2/2020 | K-73387 | Vera | P D Booth, aty; Prison Law Ofice; General Delivery; San Quentin, CA 94964 |
| 10/2/2020 | K-73387 | Vera | Kern Co Superior Court; 1415 Truxtun Ave; Bakersfield, CA 93301 |
| 10/2/2020 | K-73387 | Vera | HC Grievance Office; PO Box 588500; Elk Grove, CA 95757 |
| 10/5/2020 | K-73387 | Vera | KVSP HC Grievance Office; Delano, CA 93216 |
| 10/5/2020 | K-73387 | Vera | KVSP Appeals; Delano, CA 93216 |
| 10/12/2020 | K-73387 | Vera | USDC, Central Dist; 255 E Temple St; Los Angeles, CA 90012 |
| 10/12/2020 | K-73387 | Vera | 9th Circuit US Court of Appeals; PO Box 193939; San Francisco, CA 94119 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

G. Memo Vera
Plaintiff/Petitioner

v.

Case Number:

C. Pfiffer
Defendant/Respondent(s)

PROOF OF SERVICE

______________________________/

**I hereby certify that on** 9 March, 2024**, I served a copy of the attached** Second Amended Complaint**, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at**

Delano Ca:

***(List Name and Address of each Defendant or Attorney Served)***

**I declare under penalty of perjury that the foregoing is true and correct.**

[signature]

**(Signature of Person Completing Service)**

M9-M9.