UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VERA, aka Memo Vera,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN, et al.,<br><br>        Defendants. | 1:22-cv-00893-KES-CDB (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM**<br><br>(Doc. 66) |

Plaintiff William Vera, *also known as* Memo Vera, is a state prisoner proceeding pro se and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983.

### I.    INTRODUCTION

On June 10, 2024, this Court issued Findings and Recommendations to Dismiss this Action for Plaintiff's Failure to State a Claim Upon Which Relief Can Be Granted. (Doc. 65.) Plaintiff was to file any objections within 14 days of the date of service of the order. (*Id*. at 23-24.)

On June 24, 2024, Plaintiff filed a document titled "Motion for Extension of Time F.R.C.P. 6." (Doc. 66.) Plaintiff seeks a 60-day extension of time within which to file his objections to the Findings and Recommendations. (*Id*.) He asserts the findings involve substantially complex issues and a large amount of case law, that law library access "is very limited" and sessions are often cancelled, that he "has a 3.3 G.P.L. Education," and that, in his opinion, he "cannot generate the objections within the time prescribed by the Court" (*Id*.)

1

## II. CONCLUSION AND ORDER

For good cause shown, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for a 60-day extension of time (Doc. 66) is **GRANTED**; and
2. Plaintiff **SHALL** file any objections to the Findings and Recommendations **within 60 days** of the date of service of this order.

**If Plaintiff fails to comply with this order, the Court will recommend that this action be dismissed, without prejudice, for failure to obey court orders and for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **June 25, 2024**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE